Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (*Pro Hac Vice* application pending)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>PEOPLECONNECT, INC., a Delaware Corporation; PEOPLECONNECT INC., a California Corporation; CLASSMATES MEDIA CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No. 3:20-cv-09203-EMC <br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs, Meredith Callahan and Lawrence Geoffrey Abraham, on behalf of themselves and other similarly situated, voluntarily dismiss without prejudice the above-entitled action against Defendants, PeopleConnect Inc, a California Corporation and Classmates Media Corporation, only.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Plaintiffs further state the above-entitled action remains against Defendant, PeopleConnect, Inc., a Delaware Corporation.

Dated: March 19, 2021                    By:      /s/ Michael F. Ram
                                                  Michael F. Ram

                                         Michael F. Ram (SBN 104805)
                                         mram@forthepeople.com
                                         Marie N. Appel (SBN 187483)
                                         mappel@forthepeople.com
                                         MORGAN & MORGAN
                                         COMPLEX LITIGATION GROUP
                                         711 Van Ness Avenue, Suite 500
                                         San Francisco, CA 94102
                                         Telephone: (415) 358-6913
                                         Facsimile: (415) 358-6923

                                         Benjamin R. Osborn
                                         (Admitted *Pro Hac Vice*)
                                         102 Bergen St.
                                         Brooklyn, NY 11201
                                         Telephone: (347) 645-0464
                                         Email: ben@benosbornlaw.com

                                         *Attorneys for Plaintiffs*
                                         *and the Proposed Class*