**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:      213 239-5199


**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone:     312 222-9350
Facsimile:      312 527-0484

Attorneys for Defendant
PeopleConnect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>       v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation; PEOPLECONNECT INC., a California Corporation; CLASSMATES MEDIA CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>                        Defendants. | Case No.  3:20-cv-09203-EMC<br><br>**[PROPOSED] ORDER GRANTING THE MOTION BY PEOPLECONNECT, INC.  TO STAY DISCOVERY PENDING RESOLUTION OF PEOPLECONNECT, INC.'S MOTION TO DISMISS**<br><br>Hearing Date: April 29, 2021<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5 |

Before the Court is the Motion by Defendant PeopleConnect, Inc. to Stay Discovery Pending Resolution of PeopleConnect, Inc.'s Motion to Dismiss. Having considered the briefs and arguments of the parties, and because the pending Motion to Dismiss is potentially dispositive of the entire case and no discovery is necessary to decide the Motion to Dismiss, the Court hereby **GRANTS** the Motion to Stay Discovery. Therefore, discovery shall be stayed pending this Court's resolution of PeopleConnect, Inc.'s Motion to Dismiss.

IT IS SO ORDERED.

DATED: _____

_____
Judge Edward M. Chen
United States District Judge