Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (*Pro Hac Vice* application pending)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation; PEOPLECONNECT INC., a California Corporation; CLASSMATES MEDIA CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:20-cv-09203-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1    NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure 41(a),
2 Plaintiffs, Meredith Callahan and Lawrence Geoffrey Abraham, on behalf of themselves and
3 other similarly situated, voluntarily dismiss without prejudice the above-entitled action
4 against Defendants, PeopleConnect Inc, a California Corporation and Classmates Media
5 Corporation, only.  This notice of dismissal is being filed with the Court before service by
6 Defendants of either an answer or a motion for summary judgment.

   Plaintiffs further state the above-entitled action remains against Defendant,
PeopleConnect, Inc., a Delaware Corporation.

Dated: March 19, 2021           By:      /s/ Michael F. Ram
                                         Michael F. Ram

                                Michael F. Ram (SBN 104805)
                                mram@forthepeople.com
                                Marie N. Appel (SBN 187483)
                                mappel@forthepeople.com
                                MORGAN & MORGAN
                                COMPLEX LITIGATION GROUP
                                711 Van Ness Avenue, Suite 500
                                San Francisco, CA 94102
                                Telephone: (415) 358-6913
                                Facsimile: (415) 358-6923

                                Benjamin R. Osborn
                                (Admitted *Pro Hac Vice*)
                                102 Bergen St.
                                Brooklyn, NY 11201
                                Telephone: (347) 645-0464
                                Email: ben@benosbornlaw.com

                                *Attorneys for Plaintiffs*
                                *and the Proposed Class*

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Edward M. Chen]