| | |
|---|---|
| **JENNER & BLOCK LLP**<br>Kate T. Spelman (Cal. Bar. No. 269109)<br>kspelman@jenner.com<br>633 West Fifth Street, Suite 3600<br>Los Angeles, California 90071<br>Telephone:	213 239-5100<br>Facsimile:	213 239-5199<br><br>**JENNER & BLOCK LLP**<br>Debbie L. Berman (*pro hac vice*)<br>dberman@jenner.com<br>Wade A. Thomson (*pro hac vice*)<br>wthomson@jenner.com<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone:	312 222-9350<br>Facsimile:	312 527-0484<br><br>Attorneys for Defendant PeopleConnect, Inc. | **MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>Michael F. Ram (Cal. Bar. No. 104805)<br>mram@forthepeople.com<br>Marie N. Appel (Cal. Bar. No. 187483)<br>mappel@forthepeople.com<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone:	415-358-6913<br>Facsimile:	415-358-6293<br><br>Benjamin R. Osborn (*pro hac vice*)<br>ben@benosbornlaw.com<br>102 Bergen St.<br>Brooklyn, NY 11201<br>Telephone:	347-645-0464<br><br>Attorneys for Plaintiffs and the Proposed Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>  Defendants. | Case No. 3:20-cv-09203-EMC<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO MOTION TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rules 6-1 and 6-2, PeopleConnect, Inc. ("Defendant") and Meredith Callahan, Lawrence Geoffrey Abraham, on behalf of themselves and others similarly situated ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate to continue the date of the upcoming case management conference, thus extending related deadlines, and to a two-week extension of time for Plaintiffs to respond

JOINT STIPULATION
Case No. 3:20-cv-09203-EMC

to Defendant's Motions to Dismiss, Strike, and Stay Discovery and. In support of this stipulation, the parties stipulate to the following:

1. Plaintiffs filed a Class Action Complaint on December 18, 2020 (ECF No. 2). Defendant filed Motions to Dismiss, Strike, and Stay Discovery ("Motions") on March 19, 2021, noticed to be heard April 29, 2021 at 1:30 p.m. (ECF No. 26; ECF No. 28).

2. The parties currently have upcoming deadlines in April to file an ADR certification, meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, file a joint case management statement, and complete initial disclosures or state objection in the joint case management statement. The case management conference hearing before this Court currently is set for Thursday, April 22, 2021 at 9:30 a.m.

3. Given Defendant's pending Motions, which include a dispositive motion and a motion to stay discovery, the parties agree that it would be most efficient to extend the deadlines discussions in paragraph 2 above.

4. For these reasons, upon electronic conferral, the parties agreed to seek a continuance of the case management conference until the court rules on Defendant's pending Motion to Stay Discovery. If the Motion to Stay is granted, the case management conference and related dates will be set after the ruling on the Motion to Dismiss. If the Motion to Stay is denied, the parties request that the Court set the case management conference for 30 days after such a denial and extend all above referenced deadlines accordingly.

5. This schedule was previously modified by the Case Management Conference Order in Reassigned Case (ECF No. 8). Defendant waived service, extending Defendant's time to answer or otherwise plead. (ECF No. 16). No other modifications to the schedule have been requested by the parties.

6. The parties further agreed on a two-week extension of time for Plaintiffs to respond to Defendant's Motion to Dismiss, which would extend Plaintiffs' time to respond to April 16, 2021.

The parties therefore respectfully request that this Court grant the below time changes agreed upon by the parties:

- Continue the case management conference until the court rules on Defendant's pending Motion to Stay Discovery.  If the Motion to Stay is granted, the case management conference would be set after the ruling on the Motions to Dismiss and Strike.  If the Motion to Stay Discovery is denied, the parties would request that the case management conference for 30 days after such a denial.

- Extend all deadlines related to the case management conference, including deadlines to file ADR Certification, meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, file a joint case management statement, and complete initial disclosures or state objection in joint case management statement, to dates to be determined by the date of the continued case management conference.

- Extend the date for Plaintiffs to respond to Defendant's Motions to Dismiss, Strike, and Stay Discovery for two weeks, up to and including April 16, 2021.  Reply due April 23, 2021; Hearing to be rescheduled to be heard on 5/13/2021 at 1:30PM.

Dated:  March 30, 2021                                                                Dated: March 30, 2021

    JENNER & BLOCK LLP                                                         BEN OSBORN LAW

By: /s/ *Kate T. Spelman*                                                   By: /s/ *Benjamin R. Osborn*
      Kate T. Spelman                                                                Benjamin R. Osborn

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: March 30, 2021,                                      /s/ *Kate T. Spelman*
                                                                                   Kate T. Spelman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 30, 2021_____

                                                          Judge Edward M. Chen
                                                          United States District Judge