**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484

Attorneys for Defendant PeopleConnect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-09203-EMC<br><br>**DEFENDANT'S NOTICE OF APPEAL AND CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant PeopleConnect, Inc. ("Defendant") appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendant's Motion to Compel Arbitration ("Order"), entered on May 18, 2021 (ECF No. 40). A true and correct copy of the Order is attached hereto as Exhibit 1. The Order is immediately appealable pursuant to 9 U.S.C. § 16(a)(1)(B).

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Defendant's Representation Statement is attached hereto as Exhibit 2.

Dated: June 16, 2021

JENNER & BLOCK LLP

By: /s/ *Kate T. Spelman*
Kate T. Spelman

Attorney for Defendant PeopleConnect, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  June 16, 2021                     By: /s/ *Kate T. Spelman*
                                                         Kate T. Spelman