**EXHIBIT 2**

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:   213 239-5199

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:   312 527-0484

Attorneys for Defendant PeopleConnect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs.<br><br>     v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br>                          Defendant. | Case No.3:20-cv-09203-EMC<br><br>**DEFENDANT'S RULE 3-2 REPRESENTATION STATEMENT** |

**RULE 3-2 REPRESENTATION STATEMENT**

Defendant PeopleConnect, Inc. is represented by the following counsel:

**JENNER & BLOCK LLP**
Kate T. Spelman* (Cal. Bar. No. 269109)
kspelman@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:   213 239-5199

**JENNER & BLOCK LLP**
Debbie L. Berman
dberman@jenner.com
Wade A. Thomson
wthomson@jenner.com
Clifford W. Berlow*
cberlow@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:   312 527-0484

**JENNER & BLOCK LLP**
Ian H. Gershengorn*
igershengorn@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone:   202 639-6000
Facsimile:   202 639-6066

* Attorney registered for Electronic Filing in the Ninth Circuit Court of Appeals

Attorneys for Defendant PeopleConnect, Inc.

Plaintiffs Meredith Callahan and Lawrence Geoffrey Abraham are represented by the following counsel:

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Michael F. Ram
mram@forthepeople.com
Marie N. Appel
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone:   415-358-6913
Facsimile:   415-358-6923

**LAW OFFICE OF BENJAMIN R. OSBORN**
Benjamin R. Osborn
ben@benosbornlaw.com
102 Bergen St., Apt. 4
Brooklyn, NY 11201
Telephone:   347-645-0464

Attorneys for Plaintiffs and the Proposed Class

Dated: June 16, 2021                    JENNER & BLOCK LLP

                                           By: /s/ *Kate T. Spelman*
                                                   Kate T. Spelman

                                          Attorney for Defendant PeopleConnect, Inc.