Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (Admitted *pro hac vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  3:20-cv-09203-EMC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>The Honorable Edward M. Chen<br>Courtroom 5 – 17th Floor<br>Date: July 30, 2021<br>Time: 1:00 pm |

1 | Pursuant to Local Rule 7.3(d), Plaintiffs file this Statement of Recent Decision to bring the Court's attention to Judge Lucy H. Koh's recent opinion in *Calhoun v Google*, Case No. 20-CV-05146-LHK (Exhibit A) in relation to the pending Motion to Dismiss and related briefing.

Dated: July 13, 2021

By: /s/ Michael F. Ram
Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn
(Admitted *pro hac vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*