**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199


**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone:   312 222-9350
Facsimile:    312 527-0484

Attorneys for Defendant PeopleConnect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs.<br><br>   v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br>             Defendant. | Case No. 3:20-cv-09203-EMC<br><br>**DECLARATION OF CLINT SMITH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 AND MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |

I, Clint Smith, hereby declare:

1. I am currently Director, Strategic Partnerships at PeopleConnect, Inc., which owns and operates Classmates.com. As the Director, Strategic Partnerships at PeopleConnect, Inc., I am the prime point of contact and negotiation lead for any yearbook licensing contracts and amendments. I also manage the yearbook scanning vendor relationship and the Classmates.com Business Analytics and Budgeting/Forecasting teams.

2. I have reviewed the records associated with PeopleConnect, Inc.'s licensing agreement with Ancestry.com and was personally involved in their negotiation.

3. Classmates.com provides a yearbook database to Ancestry.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on July 26, 2021 in Seattle, Washington.



Clint Smith