**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone:   312 222-9350
Facsimile:    312 527-0484

Attorneys for Defendant PeopleConnect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs.<br><br>     v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br>                              Defendant. | Case No. 3:20-cv-09203-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PEOPLECONNECT, INC.'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS SUPPLEMENTAL MEMORANDUM**<br><br>Hearing Date: September 9, 2021<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 |

Before the Court is Defendant's Motion for Leave to File a Reply in Support of Its Supplemental Memorandum. Having considered the papers and arguments, the Court finds that for the reasons set for in Defendant's Motion for Leave to File a Reply in Support of Its Supplemental Memorandum, PeopleConnect has shown that good cause exists for the submission of its Reply, and hereby **GRANTS** Defendant's Motion for Leave.

IT IS SO ORDERED.

DATED: _____

_____
Judge Edward M. Chen
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28