Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Telephone: (415) 358-6293

Benjamin R. Osborn (*Pro Hac Vice*)
102 Bergen St.
Brooklyn, NY 11201
Phone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN and LAWRENCE GEOFFREY ABRAHAM, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br>          Defendant. | Case No.: 3:20-cv-09203-EMC<br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF COLLATERAL ESTOPPEL**<br><br>Complaint Filed: Dec. 18, 2020<br><br>Judge Edward M. Chen |

PLAINTIFFS' MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF
COLLATERAL ESTOPPEL

CASE NO. 3:20-CV-09203

- i -

1    Plaintiffs Meredith Callahan and Lawrence Geoffrey Abraham, by and through their

2    attorneys, respectfully request leave to file a Reply in Support of Collateral Estoppel ("Reply"), a

3    copy of which is attached hereto.

4    On August 12, Plaintiffs filed an "Opposition to Motion for Leave to File Reply in

5    Support of Supplemental Memorandum." ECF No. 68 ("Opp."). Plaintiffs argued that in light of

6    the recent decision in *Knapke*, this Court should decline to apply preclusion against either party

7    with respect to CDA immunity. Opp. at 1-2, *citing Knapke v. PeopleConnect Inc*, 2:21-cv-

8    00262-MJP, Dkt. No. 25 (W.D. Wash. filed Aug. 10, 2021). Plaintiffs also argued that

9    Classmates is precluded from asserting its affirmative defenses of copyright preemption and First

10   Amendment protection. Opp. at 2.

11   On August 23, Defendant Classmates (owned and operated by PeopleConnect, Inc.) filed

12   a "Response in Opposition to Plaintiffs' Collateral Estoppel Claims." ECF No. 70 ("Response").

13   Classmates introduced several new arguments regarding collateral estoppel, including the

14   argument that the *Knapke* decision is not "sufficiently firm" to have preclusive effect. Response,

15   at 4 (*citing Luben Industries, Inc. v. United States*, 707 F.2d 1037, 1040 (9th Cir. 1983)).

16   Plaintiffs have not yet had the opportunity to respond to the arguments raised in

17   Classmates' Response. The issues are directly relevant to both Parties' pending requests

18   regarding collateral estoppel. For these reasons, Plaintiffs respectfully request this Court grant

19   Plaintiffs the right to file the attached Reply.

20

21   Dated: August 26, 2021                          By:    /s/ Michael F. Ram

22
                                                     Michael F. Ram (SBN 104805)
23                                                   mram@forthepeople.com
                                                     Marie N. Appel (SBN 187483)
24                                                   mappel@forthepeople.com
                                                     MORGAN & MORGAN
25                                                   COMPLEX LITIGATION GROUP
26                                                   711 Van Ness Avenue, Suite 500
                                                     San Francisco, CA 94102
27                                                   Telephone: (415) 358-6913
                                                     Facsimile: (415) 358-6923
28

PLAINTIFFS' MOTION FOR LEAVE                                 CASE NO. 3:20-CV-09203
TO FILE REPLY IN SUPPORT OF
COLLATERAL ESTOPPEL                    - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Benjamin R. Osborn
(admitted *Pro Hac Vice*)
102 Bergen St. Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorney for Plaintiffs*
*and the Proposed Class*

PLAINTIFFS' MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF
COLLATERAL ESTOPPEL                        - 2 -

CASE NO. 3:20-CV-09203