Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Telephone: (415) 358-6293

Benjamin R. Osborn (*Pro Hac Vice*)
102 Bergen St.
Brooklyn, NY 11201
Phone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN and LAWRENCE GEOFFREY ABRAHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:20-cv-09203-EMC<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO STAY PENDING RESOLUTION OF APPEAL**<br><br>Complaint Filed: Dec. 18, 2020 |

1  Plaintiffs respectfully move to stay this case pending Defendant PeopleConnect's appeal to the Ninth Circuit of this Court's denial of PeopleConnect's motion to compel arbitration. *See* ECF No. 40 (Order denying motion to compel arbitration); *Callahan v. PeopleConnect, Inc.*, No. 21-16040 (9th Cir.).

As the Court knows, PeopleConnect moved to dismiss this case on grounds Plaintiffs were bound to arbitrate their claims. ECF No. 26. The Court denied PeopleConnect's motion to compel arbitration. ECF No. 40. PeopleConnect appealed this Court's denial and moved to stay these proceedings pending its appeal. ECF No. 49. This Court denied PeopleConnect's motion to stay. ECF 76. PeopleConnect then asked the Ninth Circuit to stay these proceedings pending its appeal. No. 21-16040, dkt. no. 18-1 (9th Cir. filed Nov. 17, 2021). The Ninth Circuit denied its request. *Id.*, dkt. no 28 (9th Cir. Dec. 9, 2021).

On December 13, 2021, PeopleConnect filed a stay application and a petition for certiorari to the Supreme Court seeking to resolve a circuit split on the issue of whether the appeal of a non-frivolous motion to compel arbitration should result in an automatic stay of the district court action. *See PeopleConnect, Inc. v. Knapke*, No. 21A230 (S. Ct. filed Dec. 13, 2021). Plaintiffs do not believe this case implicates any circuit split because, among other things, PeopleConnect's motion to compel arbitration is frivolous, and therefore an automatic stay would not have been granted under any circuit's law. Nevertheless, to preserve judicial resources and those of the parties, Plaintiffs have agreed to the stay PeopleConnect seeks, and consent to stay these proceedings during the pendency of PeopleConnect's appeal to the Ninth Circuit. If the Court grants the stay, Plaintiffs anticipate moving to lift the stay promptly once the Ninth Circuit decides PeopleConnect's appeal.

Plaintiffs' counsel conferred with PeopleConnect's counsel on December 19, 2021. PeopleConnect's counsel said they would not oppose this motion.

For the above-stated reasons, Plaintiffs respectfully request the Court enter an Order staying the case pending resolution of PeopleConnect's appeal to the Ninth Circuit of this Court's denial of its motion to compel arbitration.

1 | Dated: December 19, 2021

By: /s/ Benjamin R. Osborn

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn
(admitted *Pro Hac Vice*)
102 Bergen St. Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

**[~~PROPOSED~~] ORDER.**

The Court hereby GRANTS Plaintiffs' unopposed motion and stays this case pending resolution of PeopleConnect's appeal to the Ninth Circuit of this Court's denial of its motion to compel arbitration.

Dated: December 20, 2021

_____
Hon. Edward M. Chen
United States District Judge