# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 23, 2021

Mr. Adam G. Unikowsky, Esq.
Jenner & Block LLP
1099 New York Avenue, N. W.
Suite 900
Washington, D. C. 20001

Ms. Kelsi Brown Corkran, Esq.
Institute for Constitutional Advocacy & Protection
600 New Jersey Avenue, N. W.
Washington, D. C. 20001

Re: **PeopleConnect, Inc.
v. Meredith Callahan, et al.,
No. 21-885**

Dear Counsel:

Attached are certified copies of the joint stipulation of dismissal of the writ of certiorari, filed on December 20, 2021, and the order of dismissal pursuant to Rule 46 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Herve' Bocage*

Herve' Bocage
Assistant Clerk

Enc.
cc: All counsel of record
    Clerk, USCA Ninth Cir., Dkt. No. 21-16040

# Supreme Court of the United States

No. 21-885

PEOPLECONNECT, INC.,

Petitioner

v.

MEREDITH CALLAHAN, ET AL.

(23 Dec. 2021). The foregoing joint stipulation of dismissal of the writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

(Seal)

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States
By:

*Danny Bickell*

Danny Bickell
Deputy Clerk

Supreme Court, U.S.
FILED
DEC 2 0 2021
OFFICE OF THE CLERK

No. 21-885

IN THE
𝔖upreme 𝔒ourt of the 𝔘nited 𝔖tates

PEOPLECONNECT, INC.,
              *Petitioner,*
v.

MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves
and all others similarly situated,
              *Respondents.*

### JOINT STIPULATION TO DISMISS

Pursuant to Supreme Court Rule 46.1, all parties stipulate that the petition for a writ of certiorari in this case be dismissed. No fees are due to the Clerk, and each party will bear its own costs. The parties therefore request that the Court dismiss this petition for certiorari pursuant to Rule 46.1.

              Respectfully Submitted,

*Counsel for petitioner:*

DEBBIE L. BERMAN
WADE A. THOMSON
CLIFFORD W. BERLOW
GABRIEL K. GILLETT
JENNER & BLOCK LLP
353 N Clark St.
Chicago, IL 20654
(312) 222-9350

IAN HEATH GERSHENGORN
ADAM G. UNIKOWSKY
  *Counsel of Record*
JENNER & BLOCK LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
(202) 639-6000



RECEIVED
DEC 2 2 2021
OFFICE OF THE CLERK
SUPREME COURT, U.S.

1

*Counsel for respondents:*

BEN OSBORN
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen Street
Brooklyn, NY 11201

MICHAEL F. RAM
MARIE N. APPEL
MORGAN & MORGAN COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

KELSI BROWN CORKRAN
 *Counsel of Record*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION,
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728
kbc74@georgetown.edu



A true copy. SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Danny Bickell

2