Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Telephone: (415) 358-6293

Benjamin R. Osborn (*Pro Hac Vice*)
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen St.
Brooklyn, NY 11201
Phone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN and LAWRENCE GEOFFREY ABRAHAM, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>  Defendant. | Case No.: 3:20-cv-09203-EMC<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO LIFT STAY**<br><br>Complaint Filed: Dec. 18, 2020 |

Plaintiffs respectfully move this Court to lift the stay put in place pending the Ninth Circuit's decision on PeopleConnect's appeal of this Court's denial of PeopleConnect's motion to compel arbitration. Defendant's counsel informed Plaintiffs they do not oppose Plaintiffs' motion to lift the stay.

Plaintiffs also respectfully request that the Court schedule a case management conference. Defendant's counsel informed Plaintiffs they agree that a case management conference should be scheduled in short order. Counsel for defendant is on trial in a different matter the week of April 18. Accordingly, Plaintiffs respectfully request the Court schedule a case management conference on the nearest available date on or after Monday, April 25.

In support of its motion to lift the stay, Plaintiffs state as follows:

1. On May 18, 2021, this Court denied PeopleConnect's motion to compel arbitration. ECF No. 26.

2. On June 16, 2021, PeopleConnect filed a Notice of Appeal. ECF No. 47. The appeal was docketed before the Ninth Circuit as *Callahan v. PeopleConnect, Inc.*, No. 21-16040 (9th Cir.).

3. On December 19, 2021, Plaintiffs moved to stay this case pending the Ninth Circuit's decision in PeopleConnect's appeal. ECF No. 86. This Court granted the motion the next day. ECF No. 88. In the motion to stay, Plaintiffs wrote that they "anticipate moving to lift the stay promptly once the Ninth Circuit decides PeopleConnect's appeal." ECF No. 86, at *1.

4. On March 18, 2022, the Ninth Circuit affirmed this Court's denial of PeopleConnect's motion to compel arbitration. ECF No. 92.

5. On April 11, 2022, the Ninth Circuit issued its Mandate, pursuant to which the judgment of the Ninth Circuit takes effect. ECF No. 94.

Because the Ninth Circuit has decided and resolved PeopleConnect's appeal of this Court's denial of the motion to compel arbitration, Plaintiffs respectfully request the Court lift the stay.

Respectfully submitted,

Dated: April 11, 2022                By: */s/ Benjamin R. Osborn*

Benjamin R. Osborn
(admitted *Pro Hac Vice*)
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen St. Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs and the Proposed Class*

**[~~PROPOSED~~] ORDER.**

The Court hereby GRANTS Plaintiffs' motion to lift the stay presently in place. Initial Case Management Conference set for May 10, 2022 at 2:30 p.m. Joint Case Management Conference due May 3, 2022.

Dated: __April 11, 2022__

_____
Hon. Edward M. Chen
United States District Judge