Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

Kate T. Spelman (SBN 269109)
kspelman@jenner.com
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendant PeopleConnect, Inc.*

[Additional Counsel Listed on Signature Page]

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN and LAWRENCE GEOFFREY ABRAHAM, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>　　Defendant. | Case No. 3:20-cv-09203-EMC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY DEADLINES FOR MOTION TO STRIKE DEFENDANT'S ANSWER** |

Pursuant to Local Rules 6-1 and 6-2, Meredith Callahan, Lawrence Geoffrey Abraham ("Plaintiffs"), and PeopleConnect, Inc. ("Defendant," PeopleConnect," or "Classmates"), by and through their undersigned counsel, hereby stipulate to vacate the deadline for Plaintiffs to bring any motion to strike any portion of PeopleConnect's Answer (Dkt. No. 80) and set a deadline for PeopleConnect to file an Amended Answer on or before May 17, 2022. In support of this stipulation, the Parties state as follows:

1. On December 1, 2021, PeopleConnect filed an Answer and Affirmative and Additional Defenses. Dkt. No. 80.

2. On December 15, 2021, Plaintiffs filed a Motion to Strike Affirmative Defenses. Dkt. No. 85.

3. On December 20, 2021, the Court vacated Plaintiffs' Motion to Strike pursuant to the stay entered on the same day. Dkt Nos. 88, 89.

4. On April 11, 2022, the Court lifted the stay. Dkt. No. 96.

5. At the Parties' request, the deadline for Plaintiffs to re-file the vacated Motion to Strike was previously extended to April 22, 2022. (Dkt. Nos. 102, 103) to allow the Parties to meet and confer regarding the issues raised in that Motion.

6. The Parties have met and conferred and PeopleConnect has advised Plaintiffs' counsel that it intends to amend certain of its affirmative defenses and file an Amended Answer on or before May 17, 2022.

7. The Parties therefore respectfully request that this Court modify the case deadlines as follows:

   a. The deadline for Plaintiffs to re-file a Motion to Strike PeopleConnect's Answer and Affirmative Defenses (Dkt. 80) shall be vacated.

   b. The deadline for PeopleConnect to file an Amended Answer is May 17, 2022.

Dated: April 22, 2022

By: */s/ Raina C. Borrelli*
Raina Borrelli (*Pro Hac Vice*)
raina@turkestrauss.com
Sam Strauss (*Pro Hac Vice*)
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (509) 4423

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn (*Pro Hac Vice*)
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

By: */s/ Debbie L. Berman*
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Benjamin T. Halbig (Cal. Bar. No. 321523)
bhalbig@jenner.com
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859

*Attorneys for Defendant PeopleConnect, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: April 22, 2022              */s/ Raina C. Borrelli*
                                   Raina C. Borrelli

JOINT STIPULATION TO MODIFY DEADLINES - CASE NO: 3:20-CV-09203
3

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 22, 2022

_____
Hon. Edward M. Chen
United States District Court Judge