UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEREDITH CALLAHAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PEOPLECONNECT, INC.,<br><br>　　　　Defendant. | Case No.  20-cv-09203-EMC<br><br>**SCHEDULING ORDER**<br><br>Docket No. 113 |

Class Certification Briefing Schedule:

Plaintiffs' Opening Brief due: August 5, 2022.

Defendant's Opposition Brief due: November 7, 2022.

Plaintiffs' Reply Brief due: December 5, 2022.

Class Certification Motion Hearing: January 12, 2022 at 1:30 p.m.

Discovery Cutoff: Four months after ruling on Class Certification Motion.

Case referred to Private Mediation, to commence immediately after the filing of the opening Class Certification brief.

**IT IS SO ORDERED**.

Dated: May 11, 2022

_____
EDWARD M. CHEN
United States District Judge