Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

Kate T. Spelman (SBN 269109)
kspelman@jenner.com
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendant PeopleConnect, Inc.*

[Additional Counsel Listed on Signature Page]

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN and LAWRENCE GEOFFREY ABRAHAM, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>　　Defendant. | Case No. 3:20-cv-09203-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF MEREDITH CALLAHAN** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Meredith Callahan, Lawrence Geoffrey Abraham and Defendant PeopleConnect, Inc., by and through their undersigned counsel, hereby stipulate and agree that Plaintiff Meredith Callahan dismisses her individual claims against Defendant in their entirety, with prejudice as to her individual claims and without prejudice as to the putative class. All parties shall bear their own costs and attorneys' fees as to the dismissed claims.

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), no Court order is required in connection with this stipulation of dismissal.

IT IS SO STIPUALTED, THROUGH COUNSEL OF RECORD.

Dated: July 13, 2022

| | |
|---|---|
| By: */s/ Raina C. Borrelli* | By: */s/ Debbie L. Berman* |
| Raina Borrelli (*pro hac vice*) | Debbie L. Berman (*pro hac vice*) |
| raina@turkestrauss.com | dberman@jenner.com |
| Sam Strauss (*pro hac vice*) | Wade A. Thomson (*pro hac vice*) |
| sam@turkestrauss.com | wthomson@jenner.com |
| TURKE & STRAUSS LLP | JENNER & BLOCK LLP |
| 613 Williamson St., Suite 201 | 353 North Clark Street |
| Madison, Wisconsin 53703-3515 | Chicago, Illinois 60654 |
| Telephone: (608) 237-1775 | Telephone: (312) 222-9350 |
| | |
| Michael F. Ram (SBN 104805) | Kate T. Spelman (Cal. Bar. No. 269109) |
| mram@forthepeople.com | kspelman@jenner.com |
| Marie N. Appel (SBN 187483) | JENNER & BLOCK LLP |
| mappel@forthepeople.com | 515 S. Flower Street, Suite 3300 |
| MORGAN & MORGAN | Los Angeles, California 90071 |
| COMPLEX LITIGATION GROUP | Telephone: (213) 239-5100 |
| 711 Van Ness Avenue, Suite 500 | |
| San Francisco, CA 94102 | Benjamin T. Halbig (Cal. Bar. No. 321523) |
| Telephone: (415) 358-6913 | bhalbig@jenner.com |
| | JENNER & BLOCK LLP |
| Benjamin R. Osborn (*pro hac vice*) | 455 Market Street, Suite 2100 |
| LAW OFFICE OF BENJAMIN R. OSBORN | San Francisco, California 94105 |
| 102 Bergen St. | Telephone: (628) 267-6800 |
| Brooklyn, NY 11201 | |
| Telephone: (347) 645-0464 | *Attorneys for Defendant PeopleConnect, Inc.* |
| Email: ben@benosbornlaw.com | |

*Attorneys for Plaintiffs and the Proposed Class*

---

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF MEREDITH CALLAHAN
Case No: 3:20-cv-09203 – 2

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: July 12, 2022        */s/ Raina C. Borrelli*
                            Raina C. Borrelli

Date: July 25, 2022



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA