Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Telephone: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE GEOFFREY ABRAHAM, ALICE ZHANG, WAYNE TSENG and JAMAAL CARNEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 3:20-cv-09203-EMC<br><br>**DECLARATION OF MICHAEL F. RAM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge Edward M. Chen |

DECLARATION OF MICHAEL F. RAM
(No. 3:20-CV-09203-EMC)

# DECLARATION OF MICHAEL F. RAM

I, Michael F. Ram, hereby declare as follows:

1. I am an attorney with the Morgan & Morgan Complex Litigation Group, and one of the counsel of record for Plaintiffs in this case. I respectfully submit this declaration in support of the motion for class certification.

2. I graduated from Harvard Law School with honors in 1982.

3. I have been practicing complex litigation ever since, predominantly consumer class actions on behalf of plaintiffs, with an emphasis on building products and cars. I have conducted trials in several consumer class action cases, including a building product case, and have lectured on class certification and class trials. I have efficiently and expeditiously co-led many consumer class action proceedings, including several building product class actions that resulted in billion-dollar recoveries for class members.

4. I began my complex litigation practice at Morrison & Foerster in 1982. While there I co-tried a class action against the Veterans Administration for veterans exposed to radiation. For this case, Nat'l Assoc. of Radiation Survivors v. Walters, No. 83-c-1861-MHP (N.D. Cal.), I was a co-recipient of the Trial Lawyer of the Year Award from the Trial Lawyers for Public Justice (now Public Justice).

5. From 1993 on, my practice has largely revolved around the consumer class actions. I have successfully tried a number of consumer class actions including *Rosenberg v. U-Haul*, No. CV-144045 (Santa Cruz Superior Ct.) and *McAdams v. Monier*, No. S CV 16410 (Placer County Superior Court). *U-Haul* was a UCL case tried to the court which resulted in an injunction reforming U-Haul's reservation system. *McAdams v. Monier* was a three-month long CLRA/UCL trial that resulted in a favorable class-wide jury verdict and then a settlement that exceeded $44 million.

6. From 1993 through 1997, I was a partner with Lieff, Cabraser, Heimann

and Bernstein where I represented plaintiffs in several major class actions, including:

    a. *Cox v. Shell*, Civ. No 18,844 (Obion County Chancery Court, Tenn.), national class of six million owners of property with defective polybutylene plumbing systems; settlement provided $1 billion to class members;

    b. *In re Louisiana-Pacific Inner-Seal Litigation*, No. 95-cv-879 (D. Oregon) (co-lead counsel), national class of homeowners with defective siding;

    c. *ABS Pipe Litigation*, Cal. Judicial Council Coordination Proceeding No. 3126 (Contra Costa County), national class of homeowners with defective plumbing pipe;

    d. *Gross v. Mobil Oil Corp.*, No. 95-cv-01237 (N.D. Cal. filed April 12, 1995), national class of pilots with defective engine oil;

7. In 1997, I co-founded Levy, Ram & Olson which became Ram & Olson and then Ram, Olson, Cereghino & Kopczynski. I was co-lead counsel in many consumer class actions including a national class of half a million owners of dangerous glass pane gas fireplaces in *Keilholtz et al. v. Superior Fireplace Co.*, No. 08-cv-00836 (N.D. Cal. 2008). I was co-lead counsel for plaintiffs in *Chamberlan v. Ford Motor Co.*, No. 03-cv-2628 (N.D. Cal.), a class action involving defective intake manifolds that generated four published opinions, including one by the Ninth Circuit, 402 F.3d 952 (9th Cir. 2005), and settled one court day before the class trial. I was also co-counsel for plaintiffs in a number of other consumer class actions, including:

    a. *Amico v. General Motors Corp.*, No. 2004-092816 (Maricopa County Ariz. Super Ct.) (gaskets);

    b. *Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (9th Cir. 1998) approving class action settlement involving defective minivans;

    c. *Falk v General Motors Corp.*, 496 F. Supp. 2d 1088 (2007), which became *In re General Motors Corp. Product Liability Lit.*, MDL. No. 1896 (W.D. Wash.) involving defective speedometers;

d. *Fox v. Nissan*, No. CGC-09-490470 (San Francisco Superior Court), national class settlement involving engine power valve screws;

e. *Milligan v. Toyota Motor Sales, U.S.A., Inc*., No. C09-05418-RS (N.D. Cal.), national class of 235,000 owners of Toyota RAV-4 vehicles for defects in the transmission and electronic control modules;

f. *Banks v. Nissan N. Am., Inc.*, 301 F.R.D. 327 (N.D. Cal. 2013), certified class of CLRA and UCL claims based on problems with electronic component for antilock braking system, national settlement;

g. *Naef v. Masonite*, No. CV-94-4033 (Mobile County, Alabama Circuit Court Case), nationwide class of homeowners with defective hardboard siding on their homes; settlement provided over $1 billion to class members;

h. *Richison v. American Cemwood Corp*., No. 005532 (San Joaquin Superior Court Case), multistate class of tens of thousands of owners of homes with defective Cemwood Shakes;

i. *Williams v. Weyerhaeuser,* No. 995787 (San Francisco Superior Court Case), national class of hundreds of thousands of owners of homes and other structures with defective Weyerhaeuser hardboard siding;

j. *Gardner v. Stimson Lumber Co.,* No. 2-17633-3-SEA (King County Wash.), nationwide consumer class action involving defective siding;

k. *Rosenberg v. U-Haul*, No. CV-144045 (Santa Cruz Superior Court), certified consumer class action for false and deceptive conduct, tried successfully to judgment (co-lead counsel);

l. *In re Kitec Plumbing System Products Liab. Litigation*, MDL No. 09-8 MD-2098, (N.D. Texas), co-lead counsel for a multi-national MDL class action involving claims concerning defective Kitec plumbing systems in more than 225,000 homes in the United States and Canada;

      m. *In re Google Buzz User Privacy Litigation*, No. 10-cv-00672-JW (N.D. Cal.), international class action settlement for false and deceptive conduct (liaison counsel);

      n. *Whitaker v. Health Net of California, Inc., and International Business Machines Corp.,* No. 2:11-cv-0910 KJM DAD (E.D. Cal.), electronic privacy class action under the California Confidentiality of Medical Information Act;

      o. *Ehret v. Uber Techs., Inc*., 148 F. Supp. 3d 884 (2015) (N.D. Cal. Judge Chen);

      p. *McAdams v. Monier, Inc*., No. S CV 16410 (Placer County Superior Court), in which the two certified classes of consumers allege that the defendant/ manufacturer affirmatively represented that its roof tiles had a 50-year lifetime, that their color was permanent, and that they were maintenance free. Class members have completed 9000 claims submissions for $3705 plus interest each;

8. In 2017, I became a partner at Robins Kaplan LLP. While there I was I co lead counsel in numerous consumer class actions, including *Gold v. Lumber Liquidators*, No. 14-cv-05373-RS (N.D. Cal.), a certified multistate class action involving bamboo floors that settled for cash and vouchers up to $30 million, and *Fowler v. Wells Fargo*, No. 3:17-cv-02092-HSG (N.D. Cal.), a class action involving interest charges that settled for $30 million. In *Gold*, I briefed and argued successful certification of six state classes. A national settlement followed.

9. Over the years, a number of my cases have resulted in significant appellate decisions:

      a. *In McAdams v. Monier, Inc.,* 182 Cal. App. 4th 174 (2010), the California Court of Appeal reversed denial of class certification in a consumer class action holding that an inference of common reliance was adequate to show

causation as to each class member. After class certification, the case was tried to defense verdict but was reversed on appeal with judgment entered for plaintiffs. The two certified classes of consumers allege that the defendant/manufacturer affirmatively represented that its roof tiles had a 50- year lifetime, that their color was permanent, and that they were maintenance-free when defendant knew this was not true;

b. In *Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (9th Cir. 1998) – a case cited in many class action approval papers filed in federal court – the Ninth Circuit approved a settlement negotiated on behalf of a class of owners of 1984 through 1994 minivans with defective rear latches.

c. In *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005), the Ninth Circuit denied Ford's petition to appeal class certification in a case alleging that Ford had made material omissions to consumers and underscored that review of district courts' rulings certifying class actions should be a "rare occurrence."

10. I have presented on class certification and class trials at numerous conferences, sponsored by Bridgeport and others.

11. On August 3, 2020, I joined Morgan & Morgan to open a San Francisco office for the Complex Litigation Group, along with my colleague, Marie Appel.  Morgan & Morgan is the largest Plaintiff's contingency-only law firm in the country, with over 500 lawyers in more than 50 offices throughout the United States. Its depth as a trial firm, and its self-funded financial resources, allow it to undertake the largest and most significant cases throughout the country.

12. Exhibit A to this declaration is the Morgan & Morgan firm resume.

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  is true and correct, and that this declaration was executed in San Francisco, California.

3
4  Dated: August 4, 2022              */s/ Michael F. Ram*
                                         Michael F. Ram