| | |
|---|---|
| 1 | Michael F. Ram (SBN 104805) |
| 2 | mram@forthepeople.com |
|   | Marie N. Appel (SBN 187483) |
| 3 | mappel@forthepeople.com |
|   | MORGAN & MORGAN |
| 4 | COMPLEX LITIGATION GROUP |
|   | 711 Van Ness Avenue, Suite 500 |
| 5 | San Francisco, CA 94102 |
| 6 | Telephone: (415) 358-6913 |
|   | Telephone: (415) 358-6293 |

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed in Signature*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRA OVERTON and ALICIA NOLEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 3:20-cv-09203-EMC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF ALEXANDRA OVERTON** |

PLEASE TAKE NOTICE that Plaintiff Alexandra Overton, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses her claims in this action in their entirety without prejudice, with each party to bear its own attorney's fees and costs.

Dated: April 27, 2023         By:  */s/ Raina C. Borrelli*
                                   Raina Borrelli (*pro hac vice*)
                                   raina@turkestrauss.com
                                   Sam Strauss (*pro hac vice*)
                                   sam@turkestrauss.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn (*pro hac vice*)
ben@benosbornlaw.com
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiffs and the Proposed Class*

---

NOTICE OF DISMISSAL WITH PREJUDICE OF PLAINTIFF LAWRENCE GEOFFREY ABRAHAM
Case No: 3:20-cv-09203 – 2

# CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 27th day of April, 2023.

By: */s/ Raina C. Borrelli*
Raina Borrelli (*pro hac vice*)
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423