**JENNER & BLOCK LLP**
Benjamin T. Halbig (Cal. Bar. No. 321523)
bhalbig@jenner.com
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:     628 267-6800
Facsimile:      628 267-6859

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone:     312 222-9350
Facsimile:      312 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:      213 239-5199

*Attorneys for Defendant PeopleConnect, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA NOLEN, on behalf of herself and all others similarly situated,<br><br>                          Plaintiff,<br><br>     v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>                          Defendant. | Case No. 3:20-cv-09203-EMC<br><br>The Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE OVERSIZED BRIEF IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION** |

Before the Court is Defendant's Administrative Motion to File Oversize Brief in Opposition to Plaintiff's Amended Motion for Class Certification. Having considered the papers and arguments, the Court finds that for the reasons set for in Defendant's Motion, the Court hereby **GRANTS** Defendant's Administrative Motion to File Oversize Brief.

IT IS SO ORDERED.

DATED: _____

_____
Judge Edward M. Chen
United States District Judge