**JENNER & BLOCK LLP**
Benjamin T. Halbig (Cal. Bar. No. 321523)
bhalbig@jenner.com
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:     628 267-6800
Facsimile:     628 267-6859

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone:     312 222-9350
Facsimile:     312 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:     213 239-5199

*Attorneys for Defendant PeopleConnect, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA NOLEN, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff.<br><br>       v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br>                              Defendant. | Case No. 3:20-cv-09203-EMC<br><br>**DECLARATION OF MICHAEL LAMBARD** |

DocuSign Envelope ID: 21BB7C75-696B-4D2A-BA9B-BC99585882E7

I, Michael Lambard, hereby declare:

1.      I am a Tier 3 Customer Representative at PeopleConnect, Inc. ("PeopleConnect"). I have been in that role since 2019, and I have worked at PeopleConnect since 2016. In my current role, I have primary responsibility for scanning of yearbooks for Classmates.com and an understanding of PeopleConnect's acquisition of yearbooks. I also have familiarity with and regularly work with PeopleConnect's member care records.

2.      PeopleConnect owns Classmates.com, which hosts a digital library of over 450,000 school yearbooks.

3.      The oldest yearbooks in the Classmates.com library date back to the 1890s, and the database contains yearbooks dating throughout the twentieth century and into the twenty-first century. Many of the yearbooks, particularly the older ones, are in black and white. The quality of the books and the images and text contained within them can vary significantly.

4.      PeopleConnect hosts a variety of yearbooks on Classmates.com. Some of the older yearbooks were published in black and white and have poor quality images. Some more recent yearbooks appear in full color with higher-quality photographs. Many yearbooks contain varying sizes of pictures.

5.      PeopleConnect licenses the yearbooks in the Classmates.com library to certain third parties, such as Ancestry.com. Ancestry.com pays PeopleConnect ███████████████ for such licenses. ██ ███████████████████████████████

### PeopleConnect Acquires Yearbooks For The Classmates.com Library In Various Ways

6.      PeopleConnect used to acquire yearbooks by purchasing them from schools, individuals, or third-party companies ██████████████████. On hundreds of occasions, individual schools or school districts have sold one or more yearbooks to PeopleConnect. When contacting schools, school districts or other sources, PeopleConnect informed the contacted source that the books were being purchased to display on Classmates.com and to facilitate the sale of reprints.

7.      Beyond those direct purchases, PeopleConnect acquires the yearbooks it hosts in its library via two principal methods.

***Send In Your Yearbook Program***

8.      The first method by which PeopleConnect acquires yearbooks is through Classmates.com's

1    Send In Your Yearbook ("SIYY") program.

2

3    9. Individuals who choose to participate in the SIYY program can either donate their

4    yearbooks (in which case PeopleConnect causes those yearbooks to be scanned and destroyed) or loan their

5    yearbooks (in which case PeopleConnect causes those yearbooks to be scanned and returned).

6    10. Individuals can contact PeopleConnect about participation in SIYY through three different

7    channels: (a) through the SIYY webpage on Classmates.com (the "Website"); (b) by emailing directly with

8    PeopleConnect's member care group; or (c) by calling PeopleConnect's member care group.

9    11. A true and accurate representation of the SIYY webpage, as it appears on Classmates.com,

10   is shown below:



12   Individuals can fill out the form on the right side of this webpage, which asks for their name,

22   address, email address, and yearbook information.

24   13. The text that appears above the yellow "SUBMIT" button states that the participant "must

26   be the rightful owner" of the yearbook(s) submitted and that by clicking "SUBMIT," the participant agrees

27   to the Classmates.com Terms of Service and Privacy Policy, and that text includes hyperlinks to both.

28   14. If the participant hits "SUBMIT," the Website displays a different webpage that confirms

1  the submission and describes the next steps in the loan or donation process.

2       15.    A true and accurate representation of that webpage, as it appears on Classmates.com, is

3  shown below:



16       16.    At the bottom of this new webpage is a button participants may, but are not required, to

18  click to begin the process to register for a free membership on Classmates.com. Individuals are not required

19  to register for a Classmates.com account to participate in the SIYY program.

20       17.    Regardless of whether the SIYY participant decides to register on the screen shown above,

21  PeopleConnect then will send a consent form and shipping label so that the SIYY participant can send the

22  yearbook(s) to PeopleConnect.

23       18.    By executing the SIYY consent form, the SIYY participant agrees to provide

24  PeopleConnect the "perpetual, non-revocable right and license to use, publish, display, modify, market,

25  distribute, transmit and create derivative works from the images" within the yearbooks "for editorial,

26  commercial, promotional and all other purposes." Participants also represent by executing the SIYY

27  consent forms that they are: "the rightful owner of th[is] yearbook." The SIYY participant also agrees to:

28  "hereby release and discharge [PeopleConnect] from any and all claims, … for [violations of my] right of

1  publicity, … or violation[s] of any other right arising out of or relating to any utilization of my yearbook."

2  A true and accurate copy of the SIYY consent form is attached as Exhibit 1 (emphasis omitted). The above

3  language has been included in the SIYY form since approximately 2010.

4      19.    After completing the SIYY consent form, the participant can use the prepaid shipping label

5  provided by PeopleConnect to mail their yearbook(s) to PeopleConnect.

6      20.    As noted, there is a second way that individuals can participate in the SIYY program.

7      21.    Instead of filling out the form on the SIYY program webpage, individuals interested in

8  donating or loaning yearbooks can contact the PeopleConnect member care team by sending an email, if

9  they know the email address, or through an email form available on Classmates.com. A true and accurate

10  representation of the webpage with the email form, as it appears on Classmates.com, is shown below:



23      22.    When PeopleConnect receives an SIYY request through an email to member care,

24  PeopleConnect responds, via email, by requesting additional information from the participant, such as

25  name, contact information, shipping address, name of the school, and the year(s) of the yearbook(s).

26  PeopleConnect does not verify this information for accuracy.

27      23.    Upon receiving that information, PeopleConnect will email instructions to the participant

28  on how to donate their yearbooks. PeopleConnect's emailed instructions attach the SIYY consent form

1    described above at paragraph 18 as well as a prepaid shipping label suitable for printing.

2          24.    The participant then must execute and return the consent form and mail their yearbook(s)

3    to PeopleConnect. If the participant does not execute the consent form, PeopleConnect will not scan the

4    yearbooks.

5          25.    Individuals that participate in the SIYY program by contacting member care, as opposed to

6    initiating the process via the SIYY webpage on the Website, are not required to accept the Classmates.com

7    Terms of Service.

8          26.    As noted, individuals also may contact the member care team by telephone to participate in

9    the SIYY program. If PeopleConnect receives an SIYY inquiry by telephone, PeopleConnect will follow

10   the same steps that it follows for email requests as detailed in paragraphs 22–24.

11         27.    PeopleConnect does not check to see if the participant is pictured in the yearbooks they

12   donate, and PeopleConnect has received yearbooks from individuals who do not appear in the yearbooks

13   they donate. This is in part because schools, teachers, libraries, museums, bookstore owners, historical

14   societies and others have donated yearbooks through the SIYY program.

15         28.    The SIYY consent form does not require participants to state whether they are providing

16   yearbooks on their own behalf or on behalf of someone else or an organization.

17         29.    To try to determine the exact source of any one yearbook received through the SIYY

18   program and whether that source is affiliated with a school, school district or other organization,

19   PeopleConnect has to engage in a labor-intensive inquiry into the program participant who donated that

20   yearbook. That inquiry may include reviewing member care team emails from that participant (if any exist)

21   and researching the participant on resources like Google and TruthFinder (a source of public records

22   available online) to determine any possible affiliation between the participant and the school(s) whose

23   yearbooks the participant donated.

24         30.    As set out in the following paragraphs, PeopleConnect has attempted that process for this

25   litigation for some yearbooks. By manually searching and reviewing the member care communications

26   sent by individual SIYY participants, PeopleConnect was able to determine information about the

27   participants that they did not otherwise provide to PeopleConnect (whether in their SIYY forms or

28

elsewhere) and that PeopleConnect does not request or track.

31.     Such information included some participants' affiliations (*e.g.*, with alumni organizations, museums, or school districts) and/or that certain participants donated yearbooks previously owned by others with affiliations to schools (including Plaintiff's yearbook, as detailed below).

32.     Examples of PeopleConnect's findings from those inquiries follow.

33.     In 2021, a person identifying themself as ███████ contacted PeopleConnect through the member care process to donate several yearbooks to PeopleConnect, including the 2016 Tulare Union High School yearbook in which Plaintiff Nolen appears. The 2016 Tulare Union High School yearbook was then scanned and uploaded onto Classmates.com on August 12, 2021. In email correspondence with PeopleConnect, ███████ stated that his deceased wife, ███████, had been a teacher at Tulare Union High School and he wanted the yearbooks uploaded onto Classmates.com. A person identified as ███████ is pictured in the 2016 Tulare Union High School yearbook. A true and accurate copy of the email correspondence with ███████ and the SIYY form he submitted are attached as Exhibits 2–3.

34.     In 2020, a person identifying themself as ███████ contacted PeopleConnect through the member care process to donate ten yearbooks from Bartow High School and George Jenkins High School, both in Florida. A Google search revealed a person named ███████ was employed as an administrator of one of those schools and was employed by the corresponding school district. PeopleConnect then identified an email from ███████ to member care in which he stated that he "was a school administrator for many years" and that, in at least 1994, he "was assistant principal[]" at ███████. ███████ did not specify if he was an administrator at ███████ in other years nor whether he ever was an administrator at Bartow. A true and accurate copy of the email correspondence with ███████ is attached as Exhibit 4.

35.     In 2021, a person identifying themself as ███████ contacted PeopleConnect through the member care process to loan more than fifty yearbooks from Griswold High School in Griswold, Connecticut. In her email, ███████ identified herself as the Community Relations & Special Projects Coordinator for Griswold High School. ███████ contacted PeopleConnect using what appears to be a school-affiliated email address. A true and accurate copy of the email correspondence with ███████

and the SIYY form she submitted are attached as Exhibits 5–10.

36.     In 2022, a person identifying themself as ███████ contacted PeopleConnect through the member care process to inquire about donating 112 yearbooks from Durango High School in Colorado. In her email, she stated that she was the yearbook advisor for Durango High School. ███████ contacted PeopleConnect using what appears to be a school-affiliated email address. A true and accurate copy of the email correspondence with ███████ is attached as Exhibit 11.

37.     In 2020, a person identifying themself as ███████ contacted PeopleConnect through the member care process and provided a letter drafted on Scituate High School letterhead in which he offered to donate forty-three yearbooks from that school. ███████ identified himself as the Student Council President of Scituate High School in Rhode Island, and contacted PeopleConnect using what appears to be a school-affiliated email address. In ███████ letter, he requested a digital copy of all of the Scituate High School yearbooks, and PeopleConnect replied that PeopleConnect would provide a digital copy. A true and accurate copy of the email correspondence, letter, and SIYY form submitted by ███████ are attached as Exhibits 12–14.

38.     In 2022, a person identifying themself as ███████ contacted PeopleConnect through the member care process to donate fifty-two books from the Florida School for the Deaf and the Blind in Florida. In his email correspondence, ███████ identified himself as both an alumnus of the Florida School and the Museum Coordinator for the Florida School for the Deaf and the Blind Museum-Alumni Hall. In his letter, ███████ stated that the Museum owned the yearbooks. A true and accurate copy of the email correspondence, letter, and SIYY form submitted by ███████ are attached as Exhibits 15–17.

39.     In 2022, a person identifying themself as ███████ contacted PeopleConnect through the member care process to donate 34 yearbooks from Archbishop O'Hara High School in Kansas City, Missouri. In her email correspondence, ███████ identified herself as a "part of the Alumni Team" at O'Hara High School and stated that the school had closed, and the school's alumni organization had become the owners of the yearbooks. A true and accurate copy of the email correspondence and SIYY forms submitted by ███████ are attached as Exhibits 18–21.

40.     In 2020, a person identifying themself as ███████ contacted PeopleConnect

1    through the member care process to donate 10 yearbooks from St. Vincent Pallotti High School in Laurel,

2    Maryland. In her email correspondence, she stated that she was the Assistant Director of Advancement &

3    Alumni Relations at the school. ████████████ contacted PeopleConnect using what appears to be

4    a school-affiliated email address. A true and accurate copy of the email correspondence and SIYY form

5    submitted by ████████████ are attached as Exhibit 22–25.

6        41.    In 2023, a person identifying themself as ███████ contacted PeopleConnect through the

7    member care process to donate several yearbooks from Middletown North High School in Middletown,

8    New Jersey. In her email correspondence, she stated that she was a teacher at that school. She also stated

9    that she could not create a Classmates.com account because another individual had used ███████ email

10    address to register for a Classmates.com account. A true and accurate copy of the email correspondence

11    with and SIYY form submitted by ████████ are attached as Exhibits 26–27.

12        42.    Between December 18, 2018, to the present, PeopleConnect has added ████████████

13    yearbooks to the Classmates.com library contributed via the SIYY Program.

14        43.    Between March 23, 2021, to the present, PeopleConnect has added ████████████

15    yearbooks to the Classmates.com library contributed via the SIYY Program.

16        44.    PeopleConnect currently offers SIYY participants a free, time-limited subscription to

17    Classmates+ to thank them for donating or loaning their yearbook(s).

18        45.    Only if the SIYY participant chooses to activate that free subscription on Classmates.com

19    will the SIYY participant be required to become a Free Member and create a Classmates.com account (if

20    they do not already have one).

21    ***Digitized Yearbooks Obtained Through Third-Party Vendors***

22        46.    PeopleConnect used to obtain yearbooks ████████████████

23    ████████████████████████████████████████████

24    ████████████████████████████████████████████

25    ████████████

26        47.    PeopleConnect believed that ███████████ informed the schools and libraries from whom

27    ████████ solicited yearbooks that the yearbooks would be published on Classmates.com.

28        48.    PeopleConnect entered into license agreements with ██ ██████████. True and

1 | accurate copies of those agreements are attached as Exhibits 28 and 29.

2 | 49. The agreement with ███ provides, in part, that: ██████████████

3 | ███████████████████████████████████████████████████

4 | ███████████████████████████████████████████████████

5 | ███████████████████████████████████████████████████

6 | Ex 28, § 2.1, and ███ ████████████

7 | ███████████████████████████████████████████████████

8 | ██████████████████████████████████████████████ *id.*

9 | § 4.

10 | 50. The agreement with ██ provides, in part, that: ████████████

11 | ███████████████████████████████████████████████████

12 | ███████████████████████████████████████████████████

13 | ███████████████████████████████████████████████████

14 | ████████████████████████████████████████. 29 § 3.1,

15 | ███████████████████████████████████████████████████

16 | ██████████████████████████████████████████ *see id.* § 6.

17 | 51. █████████████████████████████████████████████

18 | ███████████████████████████████████████████████████

19 | ███████████████████████████████████████████████████

20 | ██████████████████████████████████████████████

21 | 52. █████████████████████████████████████████████

22 | ███████████████████████████████████████████████████

23 | ███████████████████████████████████████████████████

24 | ██████████████

25 | 53. ████████████████████████

26 | 54. PeopleConnect ██████████████████████████

27 |

28 |

**Yearbook Scanning and OCR Process**

55. I understand that the plaintiff in this case claims that:

Classmates scans yearbooks into a digital format, then extract personal information including names, photographs, schools attended, years of attendance, cities of residence, and biographical details. Classmates aggregates the extracted information into digital records associated with specific individuals.

56. Those claims are not accurate. When PeopleConnect scans a yearbook to place it on Classmates.com, the scanner makes digital copies of each page in the yearbook, similar to how one might scan a document from an office scanner. ███████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████████ed ██████████████

57. The ██████████████████████████████████████ users being able to search for words within a yearbook on Classmates.com. It is not used to create records associated with specific individuals, and PeopleConnect does not extract information, such as photographs, schools attended, cities of residence, and/or biographical details, from the yearbooks to create digital records associated with specific individuals.

58. Searches within yearbooks on Classmates.com are "plain text" searches, meaning that whatever the user types into the search bar, such as a person's name, mascot, activity, or even a made-up word, is compared against a large file containing all the text that has been recognized, ██████, from the yearbook in one character string. For example, if a user searches the word "John," subject to the above limitations, results, if any, will display for instances in which those characters appear in that order within a book (*e.g.*, "John", "Johnson", "Johnston", etc.).

**PeopleConnect's Records Concerning Registered Members**

59. PeopleConnect maintains certain records concerning Classmates.com Free Members and Subscribers (together, "Registered Members").

60. When Visitors to the Website register to become Free Members, they are prompted to

1    submit their name, email address, the state and city of their school, and their graduation year. They are not

2    prompted to enter their residential address.

3        61.    ████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████

6        62.    For example, there are ██████ current Registered Member accounts that identify

7    graduating from Tulare Union High School in 2016. ████████████████████ Registered Member

8    accounts (███), however, use names that do not match the names of any names identified in the index of

9    that yearbook.

10       63.    Two of those ██████ Registered Member accounts provided the names "███" and "██."

11   Two others provided the name "████████," which is not a name that appears in the 2016 Tulare Union

12   High School yearbook—though there is a "████████" and a "████████." One registered user

13   provided the name "████████," but there are three different individuals with that name in this

14   yearbook. One registered user provided the name "████████" but that name does not appear in the

15   2016 Tulare Union High School yearbook. While there is a ████████████ and ████████████,

16   neither are identified as seniors in the yearbook.

17       64.    Similarly, PeopleConnect does not attempt to require updates from its Free Members should

18   any of their personal information change. That means PeopleConnect's records can be outdated, for

19   example if a Free Member changes their surname (through marriage or for any other reason).

20       65.    During the registration process, Classmates.com prompts users to identify whether their

21   names have changed from the time that they were pictured in their yearbooks. ████████████████

22   ████████████████████████████████████████

23

24       I declare under penalty of perjury under the laws of the United States that the foregoing is true

25   and correct and that I executed this declaration on July 5, 2023, in Shoreline, Washington.

26

27    DocuSign signature: *Michael Lambard*
      B9571C671A8C454...

28    Michael Lambard

# EXHIBIT 1



# Yearbook Submission Form

**Instructions:**  Thank you for submitting your yearbook!  Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1.  Complete and sign the section below.
2.  Place the yearbook and this completed form in the provided FedEx box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com.**

**Turn-Around Time:**  The yearbook will be returned to you at the address provided below within 4-6 weeks after we receive your yearbook. NOTE:  You may see your yearbook on the site prior to its return to you.

**DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. The barcode above is encoded for the specific school & year listed below. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.**

| OWNER & YEARBOOK INFORMATION | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | | School ID (SID): | |
| FedEx Deliverable Address: | | Yearbook Year: | |
| City/State: | | School Name: | |
| ZIP Code: | | | |
| Phone Number: | | School City/State: | |
| Email Address: | | | |

| AUTHORIZATION |
|---|

*I hereby agree to send Classmates, Inc. my yearbook so that it may be scanned and understand that Classmates, Inc. will return my yearbook to me via prepaid FedEx Express Saver service.*

*I agree that Classmates, Inc. may scan my yearbook "as-is", including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook that I am providing to Classmates, Inc. and have the right to grant the foregoing license to Classmates, Inc.  Furthermore, I hereby release and discharge Classmates, Inc. and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates, Inc. may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates, Inc. be liable for any lost, damaged or destroyed yearbooks that may occur due to either the mail delivery or scanning process and that Classmates, Inc.'s aggregate liability for any claim shall under no circumstances exceed fifty United States Dollars ($50 US).*

Yearbook Owner's Signature:                                                Date:

INTERNAL USE ONLY:  ☐ Duplicate   ☐ Barcode Error   ☐ Form Altered
☐ Form Not Signed/Dated   ☐ Other _____

# EXHIBIT 2

# classmates

# Yearbook Submission Form

**Instructions:** Thank you for submitting your yearbook! Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1. Complete and sign the section below.
2. Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com**.

DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.

## OWNER & YEARBOOK INFORMATION

| | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | ███████ | School ID (SID): | ███████ |
| FedEx Deliverable Address: | ███████ | Yearbook Year: | **1987-1996, 2004 & 2016** |
| City/State: | ███████ | School Name: | **Tulare Union High School** |
| ZIP Code: | ███████ | | |
| Phone Number: | ███████ | School City/State: | **Tulare, CA** |
| Email Address: | ███████ | | |

## AUTHORIZATION

*I hereby agree to donate my yearbook to Classmates.com and understand and acknowledge that under no circumstances will my yearbook be returned to me.*

*I agree that Classmates.com may scan my yearbook "as is," including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook and that I am donating to Classmates.com and that I have the right to make such donation and to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I affirm that my yearbook does not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com be liable for any lost, damaged or destroyed yearbooks that may occur due to the mail delivery process and that Classmates.com' aggregate liability for any claim shall under no circumstances exceed Fifty United States Dollars ($50US).*

| Yearbook Owner's Signature | ███████ | Date: | ███████ |
|---|---|---|---|

*SIYY — YB SUBMISSION FORM, Rev. 07.01.2020*

INTERNAL USE ONLY: ☐ Duplicate  ☐ Barcode Error  ☐ Form Altered
☐ Form Not Signed/Dated  ☐ Other

CONFIDENTIAL

PCI_CALLAHAN_0008716

# EXHIBIT 3

#  #1982872 Your Classmates Yearbook Submission

**Submitted**
July 8, 2021 at 09:54

**Received via**
Web Form

**Requester**
████████████████

| **Status** | **Type** | **Priority** | **Group** | **Assignee** | **Ticket status** |
|---|---|---|---|---|---|
| Closed | - | Normal | CM: Tier 3 | David darte | Solved |

**Total time spent (sec)**
██

**Time spent last update (sec)**
██

**Read Receipt**
████████████████████

**Contact Type**
Agent Initiated Email

**Category**
Yearbooks::Yearbook SIYY Program

████████   July 8, 2021 at 09:54

████████████████████████

---

**Alexandria Alleman**   July 9, 2021 at 08:11                                         Internal note
*Reason for transfer:*

---

**David darte**   July 9, 2021 at 11:19                                         Internal note
*Transferring ticket to SIYY team/view*

---

**David darte**   July 9, 2021 at 15:50                                         Internal note
Creating donation form. Will send out 7/12/21

---

**David darte**   July 12, 2021 at 12:49

Hello ████████

Thank you in advance for submitting your **1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 2004 & 2016 Tulare Union High School** yearbooks to Classmates.com.

Please mail your yearbooks to us as soon as possible so members of your class and school can enjoy the memories.

**As a thanks for your submission, we'll issue you a FREE 3-month Classmates+ membership as soon as we receive your yearbook (limit one free membership per customer)!**

Please complete the steps below to send in your yearbook:

CONFIDENTIAL

- Complete and sign the attached **Yearbook Submission Form**, authorizing us to scan and publish your yearbook.
- Remove any loose pages, photos, plastic covers, etc. that were not part of the original yearbook.
- Place your yearbook and the Yearbook Submission Form in a box. Use bubble wrap, newspaper, or other material to protect your yearbook.
- Print the **FedEx Prepaid Shipping Label** attached, adhere it to your box and take to a FedEx Office location.

It's as easy as that! We'll scan your yearbook, add it to our online collection.

If you have any questions, please reply directly to this email. Thank you again for contributing to the Classmates yearbook collection!

Sincerely,

David
Support Specialist
Classmates.com

---

████████  July 13, 2021 at 09:28
████████████████████████████████
████████████

████████████

---

████████  July 13, 2021 at 09:42
██████████████████████████████████████
██████████████████████

████████████████████

██████

████████████

---

**David darte**  July 13, 2021 at 12:07

Hello ████████

Thank you in advance for submitting your **1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 2004 & 2016 Tulare Union High School** yearbooks to Classmates.com.

Please mail your yearbooks to us as soon as possible so members of your class and school can enjoy the memories.

**As a thanks for your submission, we'll issue you a FREE 3-month Classmates+ membership as soon as we receive your yearbook (limit one free membership per customer)!**

Please complete the steps below to send in your yearbook:

- Complete and sign the attached **Yearbook Submission Form**, authorizing us to scan and publish your yearbook.
- Remove any loose pages, photos, plastic covers, etc. that were not part of the original yearbook.

- Place your yearbook and the Yearbook Submission Form in a box. Use bubble wrap, newspaper, or other material to protect your yearbook.
- Print the **FedEx Prepaid Shipping Label** attached, adhere it to your box and take to a FedEx Office location.

It's as easy as that! We'll scan your yearbook, add it to our online collection and mail it back to you within 6-8 weeks.

If you have any questions, please reply directly to this email. Thank you again for contributing to the Classmates yearbook collection!

Sincerely,

David
Support Specialist
Classmates.com

---

Support Software by **Zendesk**

CONFIDENTIAL

# EXHIBIT 4

# #1811862 RE: Your Classmates Yearbook Submission

**Submitted**
December 14, 2020 at 08:55

**Received via**
Closed Ticket

**Requester**
████████████████████████████

**Status** | **Type** | **Priority** | **Group** | **Assignee** | **Ticket status**
Closed | - | Normal | CM: Tier 3 | David darte | Solved

**Total time spent (sec)**
██

**Time spent last update (sec)**
██

**Contact Type**
Agent Initiated Email

**Category**
Yearbooks::Yearbook SIYY Program

---

████████  December 14, 2020 at 08:55

████████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████

████████████████████

████████████████████

████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████

██████████████████

██████

Sent from Mail<https://go.microsoft.com/fwlink/?LinkId=550986> for Windows 10

From: Classmates<mailto:membercare@classmates.com>
Sent: Wednesday, December 9, 2020 5:04 PM
Subject: Your Classmates Yearbook Submission

---

**Alexandria Alleman**  December 15, 2020 at 14:08                    Internal note

*Reason for transfer: is interested in selling rather than donating*

---

**David darte**  December 16, 2020 at 12:04

Hi ████

Thank you for wanting to add to our yearbook collection! We are still acquiring yearbooks, primarily through
bulk channels rather than individual purchases. We will be glad to upgrade you to a 12-month Classmates+
membership at no charge if you choose to loan us your book(s) for scanning.

If you're interested in a free Classmates+ membership, please reply and confirm the email address associated with the membership you'd like upgraded. Then, once we receive your yearbook(s), we'll complete your Classmates+ upgrade.

Also let us know if you would like us to return your yearbooks or donate them. We will send you the Yearbook Submission forms for the additional yearbooks you are submitting.

Thank you!

Sincerely,

David
Support Specialist
Classmates.com

---

Support Software by **Zendesk**

CONFIDENTIAL

PCI_CALLAHAN_0008737

# EXHIBIT 5



# Yearbook Submission Form

**DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.**

## OWNER & YEARBOOK INFORMATION

| | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | **Griswold Public Schools;** ▉▉▉ | Total Yearbooks: | **54** |
| FedEx Deliverable Address: | **267 Slater Avenue** | Yearbook Years: | **1939 - 2016** |
| City/State: | **Griswold, CT** | School Name: **Griswold High School** | |
| ZIP Code: | **06351** | | |
| Phone Number: | ▉▉▉ | School City/State: **Griswold, CT** | |
| Email Address: | ▉▉▉**@griswoldpublicschools.org** | | |

## AUTHORIZATION

*I hereby agree to loan my yearbooks to Classmates.com and understand and acknowledge that Classmates will return the yearbooks to me.  In exchange for Kayla Hedman's loan of 54 yearbooks, Classmates agrees to supply a copy of the digital file for each yearbook to Kayla on behalf of Griswold Public Schools.*

*I agree that Classmates.com may scan my yearbooks "as is," including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes.  I hereby represent that I am the rightful owner of the yearbooks and that I am donating to Classmates.com and that I have the right to make such donation and to grant the foregoing license to Classmates.com.  Furthermore, I hereby release and discharge Classmates.com and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbooks.*

*I affirm that my yearbooks do not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.*

*Other than described in this authorization, I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com be liable for any lost, damaged or destroyed yearbooks that may occur due to the mail delivery process and that Classmates.com' aggregate liability for any claim shall under no circumstances exceed Fifty United States Dollars ($50US).*

| Yearbook Owner's Signature: | ▉▉▉ | Date: | ▉▉▉ |
|---|---|---|---|

*SIYY – YB SUBMISSION FORM*

INTERNAL USE ONLY:  ☐ Duplicate   ☐ Barcode Error   ☐ Form Altered
☐ Form Not Signed/Dated   ☐ Other _____

CONFIDENTIAL

# EXHIBIT 6

# #2129837 Submitting Multiple Yearbooks to Post

**Submitted**
November 22, 2021 at 13:16

**Received via**
Web Form

**Requester**
████████████@griswoldpublicschools.org>

**Status**
Closed

**Type**
-

**Priority**
Normal

**Group**
CM: Tier 3

**Assignee**
Peggy Bell

**Ticket status**
Solved

**Total time spent (sec)**
██

**Time spent last update (sec)**
██

**Contact Type**
Webform Email

**Category**
Yearbooks::Yearbook SIYY Program

---

████████    November 22, 2021 at 13:16

███████████████████████████████████████

**Felicia Cantua**  November 23, 2021 at 11:04                                    Internal note

*Transferring ticket to SIYY team/view*

---

**Peggy Bell**  November 23, 2021 at 11:42

Hello,

We appreciate your interest in adding yearbooks to our site!

Please reply to this email with the following information:

- Your name:
- Your email address:
- Your telephone number:
- Your complete shipping address, including state and zip (physical addresses only):
- The name of the school:
- The city, state:
- The years:
- Loan or Donate:
- Date of when you submitted your request online:

CONFIDENTIAL                                                                    PCI_CALLAHAN_0008744

Once the above information is received, we will check our online inventory and if the yearbooks are needed, we'll send you instructions of the next step

Sincerely,

Peggy
Support Specialist
Classmates.com

---

Support Software by **Zendesk**

CONFIDENTIAL                                          PCI_CALLAHAN_0008745

# EXHIBIT 7

# #2137477 Re: Submitting Multuple Yearbooks to Post

**Submitted**
November 30, 2021 at 12:45

**Received via**
Closed Ticket

**Requester**
█████████████ @griswoldpublicschools.org>

**Status**
Closed

**Type**
-

**Priority**
Normal

**Group**
CM: Tier 3

**Assignee**
Michael Lambard

**Ticket status**
Solved

**Total time spent (sec)**
██

**Time spent last update (sec)**
██

**Contact Type**
Webform Email

**Category**
Yearbooks::Yearbook SIYY Program

████████ November 30, 2021 at 12:45

Griswold Public Schools

████████ @GriswoldPublicSchools.org<mailto: ████████ @GriswoldPublicSchools.org>

GriswoldPublicSchools.org<https://www.griswold.k12.ct.us/>

---

**David darte**  December 9, 2021 at 15:41

Manual Submission-Transferring to Mike

Internal note

**Michael Lambard**  December 10, 2021 at 07:28

Duplicate ticket

Internal note

CONFIDENTIAL
6/20/2023, 3:07 PM
PCI_CALLAHAN_0008746

Support Software by **Zendesk**

CONFIDENTIAL
PCI_CALLAHAN_0008747

# EXHIBIT 8



# #2138180 RE: Submitting Multuple Yearbooks to Post

**Submitted**
December 1, 2021 at 12:04

**Received via**
Closed Ticket

**Requester**
███████████@griswoldpublicschools.org>

**Status**
Closed

**Type**
-

**Priority**
Normal

**Group**
CM: Tier 3

**Assignee**
Michael Lambard

**Ticket status**
Solved

**Total time spent (sec)**
██

**Time spent last update (sec)**
██

**Contact Type**
Webform Email

**Category**
Yearbooks::Yearbook SIYY Program

██████   December 1, 2021 at 12:04

CONFIDENTIAL

PCI_CALLAHAN_0008748



Griswold Public Schools

█████ @GriswoldPublicSchools.org

████████████████

GriswoldPublicSchools.org (https://www.griswold.k12.ct.us/)

-------------------------------

From: Classmates <membercare@classmates.com>
Sent: Tuesday, November 23, 2021 2:42:05 PM
To: ████████
Subject: Re: Submitting Multuple Yearbooks to Post

---

**David darte**  December 9, 2021 at 15:42                Internal note

Manual Submission-Transferring to Mike

---

**Michael Lambard**  December 10, 2021 at 07:40          Internal note

Will send out SIYY forms today.

---

Support Software by **Zendesk**

CONFIDENTIAL              PCI_CALLAHAN_0008749

# EXHIBIT 9

**From:** ▮▮▮▮▮ <▮▮▮▮@griswoldpublicschools.org>
**Sent:** Monday, May 22, 2023 12:14 PM
**To:** Gross, Lynne <Lynne.Gross@classmates.com>; Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>; Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

▮▮▮▮@GriswoldPublicSchools.org

GriswoldPublicSchools.org

**From:** Gross, Lynne <Lynne.Gross@classmates.com>
**Sent:** Tuesday, April 25, 2023 11:30:24 AM
**To:** ▮▮▮▮▮, Smith, Clint
**Cc:** Barr, David; Lambard, Michael
**Subject:** RE: Yearbook Donation - Griswold High School

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi ▮▮▮

Apologies for the delayed response, it's always super busy over here. We can certainly take the 3 older books, but we can't accept the 2017 or 2018 books at this time.

We may want to wait a couple of weeks before we have you ship them to us however, we can get the form emailed out to you so that we have at least that piece completed.

I'll have David send you everything you need and coordinate this with you.

Thank you,

Lynne

**From:** ▮▮▮▮▮ <▮▮▮▮@griswoldpublicschools.org>
**Sent:** Friday, April 21, 2023 6:57 AM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>; Gross, Lynne <Lynne.Gross@classmates.com>; Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

1/14

PCI_CALLAHAN_0008750

███ @GriswoldPublicSchools.org
████████████████████

GriswoldPublicSchools.org

**From:** ████████
**Sent:** Monday, November 28, 2022 11:01:22 AM
**To:** Smith, Clint
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Griswold Public Schools

███ @GriswoldPublicSchools.org
████████████████████

GriswoldPublicSchools.org

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Monday, November 28, 2022 10:59:43 AM
**To:** ████████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Of course! And thank you for your patience during this long process. We are very happy to have these books on our site for everyone to enjoy.

Also, if you happen to know of any other schools or districts that may be interested, please let me know and we can check to see if those books are already on our site or not. We could follow up directly with that school/district and coordinate scanning, etc.

Thanks again ████

Best,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

**From:** ████████ <████@griswoldpublicschools.org>
**Date:** Monday, November 28, 2022 at 7:45 AM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

██████████████████████████████████████████████████████████████

████████████████

████████████████████████████

Griswold Public Schools

███ @GriswoldPublicSchools.org
████████████████████

GriswoldPublicSchools.org

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Monday, November 28, 2022 10:18:00 AM
**To:** ████████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

████████████████████████████████████████████████████████████████   2/14

CONFIDENTIAL                                    PCI_CALLAHAN_0008751

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi ████ – just checking if you have been able to download all of the books?

Thanks,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ████ ████ ████@griswoldpublicschools.org>
**Date:** Wednesday, November 16, 2022 at 8:56 AM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

████████

Griswold Public Schools

████@GriswoldPublicSchools.org

████████

GriswoldPublicSchools.org

---

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Wednesday, November 16, 2022 11:50:31 AM
**To:** ████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Update ████ apparently they plan to post multiple smaller batches of books on dropbox, the final batch by Friday.

---

**From:** Smith, Clint <clinton.smith@classmates.com>
**Date:** Wednesday, November 16, 2022 at 7:54 AM
**To:** ████ <████@griswoldpublicschools.org>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Great news! No, our tech team will likely post the remaining books all at once.

Thanks ████

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ████ ████ ████@griswoldpublicschools.org>
**Date:** Wednesday, November 16, 2022 at 7:51 AM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

████████

Griswold Public Schools
████@GriswoldPublicSchools.org

████████

GriswoldPublicSchools.org

CONFIDENTIAL

PCI_CALLAHAN_0008752

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Tuesday, November 15, 2022 4:00:35 PM
**To:** ██████ ████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

---

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Oh good, please let us know when you're able to download the book, I think it is a 1940 book, not 1950.

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ████ █████ <████████@griswoldpublicschools.org>
**Date:** Tuesday, November 15, 2022 at 12:12 PM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

████████████

████████████

████████████████

Griswold Public Schools

████████@GriswoldPublicSchools.org

████████████████████

GriswoldPublicSchools.org

---

**From:** ████ █████
**Sent:** Tuesday, November 15, 2022 2:24:13 PM
**To:** Smith, Clint
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

████████████████████████████████

████████

████████████

Griswold Public Schools

████████@GriswoldPublicSchools.org

████████████████████

GriswoldPublicSchools.org

---

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Tuesday, November 15, 2022 12:45:03 PM
**To:** ████ ████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

---

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi ████ hope you are doing well.

One of our engineers sent you a Dropbox link (maybe it's in spam?) to set up the yearbook digital file deposit. Can you please click the link within the Dropbox email and verify if you can see and download the one (1) test folder he put in there. It's a book from 1950. Once you confirm that you can see it and download it, he will start uploading the remaining books.

Thank you,

---

CONFIDENTIAL

PCI_CALLAHAN_0008753

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** Smith, Clint <clinton.smith@classmates.com>
**Date:** Tuesday, November 8, 2022 at 10:37 AM
**To:** ████ ████████@griswoldpublicschools.org>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Hi ████ – I'm trying to get an update from our technical team on the digital copies of your yearbooks. I will advise as soon as I hear back.


Thank you,


Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ████ ████████ ████████@griswoldpublicschools.org>
**Date:** Friday, October 28, 2022 at 8:36 AM
**To:** Smith, Clint <clinton.smith@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

████████████

████████████████████████████████████

████████████████

████

████████████

████████████████████

Griswold Public Schools

████@GriswoldPublicSchools.org
████████████████████

GriswoldPublicSchools.org

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Thursday, October 27, 2022 6:32:15 PM
**To:** Gross, Lynne; ████ ████████ Lambard, Michael
**Cc:** Barr, David
**Subject:** Re: Yearbook Donation - Griswold High School

---

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi ████ hope you are doing well. Yes, thank you very much for your patience but we are very happy to have those books on our site now and to get them back to you.


I'm working with our technical team to find the best way to deliver you a digital copy of each book. Chances are we will post them on a dropbox account that you can download from, but I'm working out those details.


I'll be back in touch when I have the plan in place. Thank you,


Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

CONFIDENTIAL

**From:** Gross, Lynne <Lynne.Gross@classmates.com>
**Date:** Thursday, October 27, 2022 at 3:26 PM
**To:** ███ ████████ ███████@griswoldpublicschools.org>, Lambard, Michael <Michael.Lambard@classmates.com>, Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ████

Please accept my apologies for not responding sooner and thank you so much for your patience through our transition time!

We have completed scanning the remaining 19 books you sent, and they are now displaying on the website.

The books have been packaged up and they should be shipping back out to you tomorrow with the following FedEx tracking numbers:

770333595422

770333596576

770333596679

770333595992

770333596500

We would be happy to receive the additional books when you are ready to send them, just let us know and we can create and send the shipping labels.

For the digitized copies of your yearbooks, I'll let Clint update you on where we are with that process.

Thanks again!

Lynne

**From:** ███ ████████ <████████@griswoldpublicschools.org>
**Sent:** Monday, August 29, 2022 9:01 AM
**To:** Gross, Lynne <Lynne.Gross@classmates.com>; Lambard, Michael <Michael.Lambard@classmates.com>; Smith, Clint <clinton.smith@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

████████@GriswoldPublicSchools.org

GriswoldPublicSchools.org

**From:** ████ █████
**Sent:** Friday, July 29, 2022 4:19:09 PM
**To:** Gross, Lynne; Lambard, Michael; Smith, Clint
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

████████@GriswoldPublicSchools.org

CONFIDENTIAL

PCI_CALLAHAN_0008755

GriswoldPublicSchools.org

**From:** Gross, Lynne <Lynne.Gross@classmates.com>
**Sent:** Friday, July 29, 2022 1:49:02 PM
**To:** ███████ Lambard, Michael; Smith, Clint
**Subject:** RE: Yearbook Donation - Griswold High School

---

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Hi ████

I just wanted to reach out to you to let you know where we are at with scanning the remaining books.  As you know we changed scanning vendors within the last few months, and we have had some difficulty with ensuring that the file formats were accurate which has delayed us in completing some of the scanning.  The good news is that we hope to have your remaining books back to us within the next couple of weeks and will touch base with you to provide you with tracking when we ship them out.

As for the PDF file copies, I wanted to touch base with you on providing you with those files.  We're not sure if you have access to a file storage where we could drop the yearbook files or whether we need to provide you with access to a Drop Box folder where you can download them.

Let us know what would work best for you and we can get working on getting the files ready for you.

Thank you so much for your ongoing patience with this process.

Best regards,

Lynne

**From:** Gross, Lynne
**Sent:** Wednesday, June 8, 2022 11:56 AM
**To:** ████████ ████████ @griswoldpublicschools.org>; Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ████

Thank you for reaching out.  We have a new scanning partner that we are working with and there have been some delays due to this transition.

We are hoping to have your books completed within the next few weeks and will keep you posted on the status.

Please let us know if you have any questions and thank you for your patience!

Best,

Lynne

---

**From:** ████ ████ <████@griswoldpublicschools.org>
**Sent:** Tuesday, June 7, 2022 5:32 PM
**To:** Gross, Lynne <Lynne.Gross@peopleconnect.us>; Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

████

████████████████████

████

████████

Griswold Public Schools

████@GriswoldPublicSchools.org

████████████

GriswoldPublicSchools.org

---

**From:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Sent:** Tuesday, April 12, 2022 12:36 PM
**To:** ████ ████ Lambard, Michael; Smith, Clint
**Subject:** RE: Yearbook Donation - Griswold High School

CONFIDENTIAL

PCI_CALLAHAN_0008756

Hi ███

Thanks for your response, we'll get those 34 books shipped back to you this week.

Best regards,

Lynne

**From:** ███ ███ <███@griswoldpublicschools.org>
**Sent:** Monday, April 11, 2022 1:09 PM
**To:** Gross, Lynne <Lynne.Gross@peopleconnect.us>; Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

██████

████████████████████████████████████

███████████████████████████

█████

████████

██████████████████████

Griswold Public Schools
███████@GriswoldPublicSchools.org
████████████████████

GriswoldPublicSchools.org

**From:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Sent:** Monday, April 11, 2022 2:43:51 PM
**To:** ████████ Lambard, Michael; Smith, Clint
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ███

We wanted to check in with you since we're experiencing a back log in our scanning.  We have scanned 34 of your books and they are ready to ship back to you however, we still have the remaining 20 to scan.  We will get to the remainder as soon as possible but it may take us a few more weeks to complete them.

We will be shipping the completed books back to you tomorrow and return the remainder when scanning is completed.

Please let me know if you have any questions or concerns with this plan.

Thanks,

Lynne

**From:** ███ ███ <███@griswoldpublicschools.org>
**Sent:** Wednesday, March 2, 2022 6:18 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

█████

████████████████████████████████████

█████████

████████

██████████████████████

Griswold Public Schools
███████@GriswoldPublicSchools.org
████████████████████████

CONFIDENTIAL

PCI_CALLAHAN_0008757

GriswoldPublicSchools.org

**From:** ███ ███
**Sent:** Friday, February 11, 2022 1:06:19 PM
**To:** Lambard, Michael; Smith, Clint
**Cc:** Gross, Lynne
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

████████@GriswoldPublicSchools.org

GriswoldPublicSchools.org

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Friday, February 11, 2022 1:02:55 PM
**To:** ████ ███████ Smith, Clint
**Cc:** Gross, Lynne
**Subject:** RE: Yearbook Donation - Griswold High School

Hello,

I can confirm that the books are at the office when I go back into the office on Tuesday. We tell people to please allow 6-8 weeks for scanning of their yearbooks. All 54 yearbooks should be returned all at the same time.

Thank you,

Michael

**From:** ████ ███████ ████████@griswoldpublicschools.org>
**Sent:** Friday, February 11, 2022 8:41 AM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>; Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

████████@GriswoldPublicSchools.org

GriswoldPublicSchools.org

**From:** ████ ███████
**Sent:** Friday, January 28, 2022 8:50:42 AM
**To:** Smith, Clint; Lambard, Michael
**Cc:** Gross, Lynne
**Subject:** RE: Yearbook Donation - Griswold High School

CONFIDENTIAL

PCI_CALLAHAN_0008758

Cheers,

██████

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Thursday, January 27, 2022 11:26 AM
**To:** ██████ <██████@griswoldpublicschools.org>; Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

Here is the new form. Please sign and return to me via email. Thank you.

Clint

---

**From:** ██████ ██████ <██████@griswoldpublicschools.org>
**Date:** Thursday, January 27, 2022 at 8:21 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

████████████████████████████████████████

████████████████████████

---

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Thursday, January 27, 2022 11:20 AM
██████ <██████@griswoldpublicschools.org>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

Hello,

We do need those other books. Also I've attached new FedEx labels since we have moved office locations since the other ones were sent.

-Michael

**From:** ██████ ██████ <██████@griswoldpublicschools.org>
**Sent:** Thursday, January 27, 2022 8:16 AM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>; Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

██████

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Thursday, January 27, 2022 11:14 AM
██████ <██████@griswoldpublicschools.org>; Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

Hi ██████ I apologize for not getting back to you sooner.

Michael – can you confirm that we need Griswold High School yearbooks from 1939, 1940, 1941, and 1945?

If so ██████ I can revise the submission form and send you a new copy for signature.

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ██████ ██████ <██████@griswoldpublicschools.org>
**Date:** Thursday, January 27, 2022 at 8:08 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

████████████████████████████████████████████     10/14

PCI_CALLAHAN_0008759

**From:** ██████ ██████
**Sent:** Tuesday, January 25, 2022 12:51 PM
**To:** 'Lambard, Michael' <Michael.Lambard@peopleconnect.us>; 'Smith, Clint' <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne' <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

████████████████████████████████████████████████

**From:** ████ ██████
**Sent:** Thursday, December 16, 2021 4:02 PM
**To:** 'Lambard, Michael' <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

███████████

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Thursday, December 16, 2021 3:46 PM
**To:** ████ ██████ <████████@griswoldpublicschools.org>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ██████

Here are the 3 FedEx labels for the yearbooks. If you have any other questions, please let me know. Thank you again for sending the yearbooks for scanning.

**From:** ████ ██████ <████████@griswoldpublicschools.org>
**Sent:** Thursday, December 16, 2021 10:45 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

███████████████

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Thursday, December 16, 2021 12:26 PM
**To:** ████ ██████ <████████@griswoldpublicschools.org>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ██████

Sure that's no problem at all. I'll create the labels & send them to you so that you can send the books whenever you're ready.

Regards,

Michael

**From:** ████ ██████ <████████@griswoldpublicschools.org>
**Sent:** Thursday, December 16, 2021 8:21 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

CONFIDENTIAL

Griswold Public Schools

████████@GriswoldPublicSchools.org

GriswoldPublicSchools.org

---

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Thursday, December 16, 2021 11:15:13 AM
**To:** Smith, Clint; ████ ████
**Cc:** Gross, Lynne
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ████

How many boxes do you think you'll use to send the yearbooks? Once I get that information I'll email you the FedEx labels that you can use for those packages. If you have any questions, please feel free to ask.

Regards,

Michael

---

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Thursday, December 16, 2021 8:12 AM
**To:** ████ ████ <████████@griswoldpublicschools.org>
**Cc:** Lambard, Michael <Michael.Lambard@peopleconnect.us>; Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

Hi ████ Of course, here you go!

Michael – can you please work with Kayla to determine how many boxes will be needed to ship to Seattle in order to send her FedEx labels?

Thank you,

Clint Smith
Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ████ ████ <████████@griswoldpublicschools.org>
**Date:** Thursday, December 16, 2021 at 8:07 AM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

████████@GriswoldPublicSchools.org

GriswoldPublicSchools.org

---

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Tuesday, December 14, 2021 12:58:09 PM
**To:** ████ ████
**Cc:** Lambard, Michael; Gross, Lynne
**Subject:** Re: Yearbook Donation - Griswold High School

CONFIDENTIAL

PCI_CALLAHAN_0008761

Hi ▮▮▮▮

Here is the revised SIYY Submission Form. If it's acceptable, please sign and date, scan in and send to me via pdf, as well as keeping a copy to include with the boxes sent to Classmates.

I'm working out the details for the digital copy (online sharing) and I'll work with Michael on our Care team to send you FedEx labels for shipment to Classmates.

Thanks,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

**From:** ▮▮▮▮ ▮▮▮▮▮ <▮▮▮▮@griswoldpublicschools.org>
**Date:** Monday, December 13, 2021 at 1:23 PM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

Griswold Public Schools

▮▮▮▮@GriswoldPublicSchools.org
▮▮▮▮▮▮▮▮▮▮▮

GriswoldPublicSchools.org

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Monday, December 13, 2021 3:26:28 PM
**To:** ▮▮▮▮ ▮▮▮▮▮
**Cc:** Lambard, Michael; Gross, Lynne
**Subject:** Re: Yearbook Donation - Griswold High School

Hi ▮▮▮▮ Question for you, what is the best format for you to receive the digital copy of the yearbooks?  Our scanning partner can provide an online sharing location where the books can transfer in a searchable pdf format.  Or, we could do a thumb drive and we could provide jpeg along with searchable pdf.  I can get estimates on the total size so we could determine, for example, how many thumb drives we would need.

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

**From:** ▮▮▮▮ ▮▮▮▮▮ <▮▮▮▮@griswoldpublicschools.org>
**Date:** Monday, December 13, 2021 at 6:29 AM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL

PCI_CALLAHAN_0008762

████████████

████████████

████

████████
████████████

Griswold Public Schools

████@GriswoldPublicSchools.org
████████████

GriswoldPublicSchools.org

---

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Friday, December 10, 2021 2:03:49 PM
**To:** ████  ████
**Cc:** Lambard, Michael; Gross, Lynne
**Subject:** Yearbook Donation - Griswold High School

Hello ████  Our Member Care team passed along to me that you have 52 yearbooks from Griswold High School that you would like to loan to Classmates for scanning so they can appear on Classmates.com.  Although we cannot accept the yearbooks from 2017 or 2018 at this time, we can accept all other years.

We greatly appreciate you reaching out to us and would be happy to bring in these books, scan them and return them to you.  I understand you would like to get a file containing the digital versions of each yearbook in return?  We should be able to accommodate that but the file(s) will be quite large in size, so I need to check what kind of file type we can utilize (USB drive, for example). I will investigate that and get back to you.

Also, I will get a SIYY Form specifically for this donation and send it to you, in order to accommodate all 50 books. What is the physical address you will send (and receive) the yearbooks from?

Thank you again for your donation and I will be back in touch shortly with a Form you can review and sign. We will also provide instructions for shipping.

Best,


Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

████████_042823.pdf
976K

CONFIDENTIAL

PCI_CALLAHAN_0008763

# EXHIBIT 10

**From:** Barr, David <David.Barr@classmates.com>
**Sent:** Friday, May 26, 2023 9:00 AM
**To:** ████████ <████████@griswoldpublicschools.org>; Gross, Lynne <Lynne.Gross@classmates.com>; Smith, Clint <clinton.smith@classmates.com>
**Cc:** Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** RE: Yearbook Donation - Griswold High School

Hello ████

My apologies for the delay. You may ship the books anytime you are ready!

Thank you again for contributing to the yearbook collection!

**David Barr**
*Member Care Tier IV*

**PeopleConnect, Inc.** | Classmates

---

**From:** ████ ████ <████@griswoldpublicschools.org>
**Sent:** Monday, May 22, 2023 12:14 PM
**To:** Gross, Lynne <Lynne.Gross@classmates.com>; Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>; Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

████

████████████████████████████████████

████████

████████

Griswold Public Schools

████@GriswoldPublicSchools.org

████████████████████

GriswoldPublicSchools.org

---

**From:** Gross, Lynne <Lynne.Gross@classmates.com>
**Sent:** Tuesday, April 25, 2023 11:30:24 AM
**To:** ████ ████ Smith, Clint
**Cc:** Barr, David; Lambard, Michael
**Subject:** RE: Yearbook Donation - Griswold High School

---

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Hi ████

Apologies for the delayed response, it's always super busy over here. We can certainly take the 3 older books, but we can't accept the 2017 or 2018 books at this time.

We may want to wait a couple of weeks before we have you ship them to us however, we can get the form emailed out to you so that we have at least that piece completed.

I'll have David send you everything you need and coordinate this with you.

Thank you,

Lynne

CONFIDENTIAL

**From:** ████ █████ <█████@griswoldpublicschools.org>
**Sent:** Friday, April 21, 2023 6:57 AM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>; Gross, Lynne <Lynne.Gross@classmates.com>; Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

████ @GriswoldPublicSchools.org

GriswoldPublicSchools.org

---

**From:** ████ █████
**Sent:** Monday, November 28, 2022 11:01:22 AM
**To:** Smith, Clint
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

████ @GriswoldPublicSchools.org

GriswoldPublicSchools.org

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Monday, November 28, 2022 10:59:43 AM
**To:** ████ █████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

---

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Of course! And thank you for your patience during this long process. We are very happy to have these books on our site for everyone to enjoy.

Also, if you happen to know of any other schools or districts that may be interested, please let me know and we can check to see if those books are already on our site or not. We could follow up directly with that school/district and coordinate scanning, etc.

Thanks again ████

Best,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ████ █████ <█████@griswoldpublicschools.org>
**Date:** Monday, November 28, 2022 at 7:45 AM

CONFIDENTIAL

**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

███████████████████████████████████████████████

███████████████

Griswold Public Schools

████████@GriswoldPublicSchools.org

███████████████████████████

GriswoldPublicSchools.org

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Monday, November 28, 2022 10:18:00 AM
**To:** ████████████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi ██████ – just checking if you have been able to download all of the books?

Thanks,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

**From:** ████████ ██ - ████████@griswoldpublicschools.org>
**Date:** Wednesday, November 16, 2022 at 8:56 AM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

███████████████████████████████████████████████

███████████

Griswold Public Schools

████████@GriswoldPublicSchools.org

███████████████████████████

GriswoldPublicSchools.org

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Wednesday, November 16, 2022 11:50:31 AM
**To:** ████████████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Update ██████ apparently they plan to post multiple smaller batches of books on dropbox, the final batch by Friday.

**From:** Smith, Clint <clinton.smith@classmates.com>
**Date:** Wednesday, November 16, 2022 at 7:54 AM
**To:** ████████ ██ - ████████@griswoldpublicschools.org>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Great news! No, our tech team will likely post the remaining books all at once.

CONFIDENTIAL                                                                              PCI_CALLAHAN_0008766

Thanks ▮▮▮▮

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ▮▮▮ ▮▮▮ <▮▮▮@griswoldpublicschools.org>
**Date:** Wednesday, November 16, 2022 at 7:51 AM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

▮ ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

Griswold Public Schools
▮▮▮@GriswoldPublicSchools.org

GriswoldPublicSchools.org

---

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Tuesday, November 15, 2022 4:00:35 PM
**To:** ▮▮ ▮▮▮
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

---

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Oh good, please let us know when you're able to download the book, I think it is a 1940 book, not 1950.

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ▮▮▮ ▮▮▮▮▮ @griswoldpublicschools.org>
**Date:** Tuesday, November 15, 2022 at 12:12 PM
**To:** Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮▮▮▮▮▮

▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮:

Griswold Public Schools
▮▮▮@GriswoldPublicSchools.org
▮▮▮▮▮▮▮▮▮▮▮

GriswoldPublicSchools.org

---

**From:** ▮▮ ▮▮▮
**Sent:** Tuesday, November 15, 2022 2:24:13 PM
**To:** Smith, Clint
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

▮▮▮▮

▮▮▮▮▮▮

Griswold Public Schools
▮▮▮@GriswoldPublicSchools.org
▮▮▮▮▮▮▮▮▮▮

GriswoldPublicSchools.org

CONFIDENTIAL

PCI_CALLAHAN_0008767

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Tuesday, November 15, 2022 12:45:03 PM
**To:** ████ ██████
**Cc:** Barr, David; Gross, Lynne; Lambard, Michael
**Subject:** Re: Yearbook Donation - Griswold High School

---

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Hi ████ hope you are doing well.

One of our engineers sent you a Dropbox link (maybe it's in spam?) to set up the yearbook digital file deposit. Can you please click the link within the Dropbox email and verify if you can see and download the one (1) test folder he put in there. It's a book from 1950.  Once you confirm that you can see it and download it, he will start uploading the remaining books.

Thank you,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** Smith, Clint <clinton.smith@classmates.com>
**Date:** Tuesday, November 8, 2022 at 10:37 AM
**To:** ████ ██████ ·█████████@griswoldpublicschools.org>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Hi ████ – I'm trying to get an update from our technical team on the digital copies of your yearbooks. I will advise as soon as I hear back.

Thank you,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ████ ██████ ·█████████@griswoldpublicschools.org>
**Date:** Friday, October 28, 2022 at 8:36 AM
**To:** Smith, Clint <clinton.smith@classmates.com>, Gross, Lynne <Lynne.Gross@classmates.com>, Lambard, Michael <Michael.Lambard@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

███████████

████████████████████████████████████████████████████

██████████████████████

███

██████████

████████████████████████████

Griswold Public Schools

████ @GriswoldPublicSchools.org

████████████████████████

GriswoldPublicSchools.org

---

**From:** Smith, Clint <clinton.smith@classmates.com>
**Sent:** Thursday, October 27, 2022 6:32:15 PM
**To:** Gross, Lynne; ████ ██████ Lambard, Michael
**Cc:** Barr, David
**Subject:** Re: Yearbook Donation - Griswold High School

CONFIDENTIAL

PCI_CALLAHAN_0008768

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi ████ hope you are doing well. Yes, thank you very much for your patience but we are very happy to have those books on our site now and to get them back to you.

I'm working with our technical team to find the best way to deliver you a digital copy of each book. Chances are we will post them on a dropbox account that you can download from, but I'm working out those details.

I'll be back in touch when I have the plan in place. Thank you,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

**From:** Gross, Lynne <Lynne.Gross@classmates.com>
**Date:** Thursday, October 27, 2022 at 3:26 PM
**To:** ████ ████ <████@griswoldpublicschools.org>, Lambard, Michael <Michael.Lambard@classmates.com>, Smith, Clint <clinton.smith@classmates.com>
**Cc:** Barr, David <David.Barr@classmates.com>
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ████

Please accept my apologies for not responding sooner and thank you so much for your patience through our transition time!

We have completed scanning the remaining 19 books you sent, and they are now displaying on the website.

The books have been packaged up and they should be shipping back out to you tomorrow with the following FedEx tracking numbers:

770333595422

770333596576

770333596679

770333595992

770333596500

We would be happy to receive the additional books when you are ready to send them, just let us know and we can create and send the shipping labels.

For the digitized copies of your yearbooks, I'll let Clint update you on where we are with that process.

Thanks again!

Lynne

**From:** ████ ████ <████@griswoldpublicschools.org>
**Sent:** Monday, August 29, 2022 9:01 AM
**To:** Gross, Lynne <Lynne.Gross@classmates.com>; Lambard, Michael <Michael.Lambard@classmates.com>; Smith, Clint <clinton.smith@classmates.com>
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

████@GriswoldPublicSchools.org

6/14

PCI_CALLAHAN_0008769

GriswoldPublicSchools.org

**From:** ▮▮ ▮▮
**Sent:** Friday, July 29, 2022 4:19:09 PM
**To:** Gross, Lynne; Lambard, Michael; Smith, Clint
**Subject:** Re: Yearbook Donation - Griswold High School

Griswold Public Schools

▮▮ ▮@GriswoldPublicSchools.org

GriswoldPublicSchools.org

**From:** Gross, Lynne <Lynne.Gross@classmates.com>
**Sent:** Friday, July 29, 2022 1:49:02 PM
**To:** ▮▮ Lambard, Michael; Smith, Clint
**Subject:** RE: Yearbook Donation - Griswold High School

**EXTERNAL EMAIL:** This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi ▮▮

I just wanted to reach out to you to let you know where we are at with scanning the remaining books. As you know we changed scanning vendors within the last few months, and we have had some difficulty with ensuring that the file formats were accurate which has delayed us in completing some of the scanning. The good news is that we hope to have your remaining books back to us within the next couple of weeks and will touch base with you to provide you with tracking when we ship them out.

As for the PDF file copies, I wanted to touch base with you on providing you with those files. We're not sure if you have access to a file storage where we could drop the yearbook files or whether we need to provide you with access to a Drop Box folder where you can download them.

Let us know what would work best for you and we can get working on getting the files ready for you.

Thank you so much for your ongoing patience with this process.

Best regards,

Lynne

---

**From:** Gross, Lynne
**Sent:** Wednesday, June 8, 2022 11:56 AM
**To:** ▮▮ ▮▮@griswoldpublicschools.org>; Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ▮▮

Thank you for reaching out. We have a new scanning partner that we are working with and there have been some delays due to this transition.

We are hoping to have your books completed within the next few weeks and will keep you posted on the status.

Please let us know if you have any questions and thank you for your patience!

Best,

Lynne

---

**From:** ▮▮ ▮▮ <▮▮@griswoldpublicschools.org>
**Sent:** Tuesday, June 7, 2022 5:32 PM
**To:** Gross, Lynne <Lynne.Gross@peopleconnect.us>; Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

7/14

CONFIDENTIAL

██████

███████████████████████████████
███████

███████████
████████████████████████

Griswold Public Schools

████████@GriswoldPublicSchools.org
█████████████████████████████

GriswoldPublicSchools.org

---

**From:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Sent:** Tuesday, April 12, 2022 12:36 PM
**To:** ████ ████ Lambard, Michael; Smith, Clint
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ████

Thanks for your response, we'll get those 34 books shipped back to you this week.

Best regards,

Lynne

**From:** ████ ████ <████@griswoldpublicschools.org>
**Sent:** Monday, April 11, 2022 1.09 PM
**To:** Gross, Lynne <Lynne.Gross@peopleconnect.us>; Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████

████████

███████████
███████████████████████████

Griswold Public Schools

████████@GriswoldPublicSchools.org
█████████████████████████████

GriswoldPublicSchools.org

---

**From:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Sent:** Monday April 11, 2022 2:43:51 PM
**To:** ████ ████ Lambard, Michael; Smith, Clint
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ████

We wanted to check in with you since we're experiencing a back log in our scanning.  We have scanned 34 of your books and they are ready to ship back to you however, we still have the remaining 20 to scan.  We will get to the remainder as soon as possible but it may take us a few more weeks to complete them.

We will be shipping the completed books back to you tomorrow and return the remainder when scanning is completed.

Please let me know if you have any questions or concerns with this plan.

Thanks,

Lynne

---

CONFIDENTIAL                                                                    PCI_CALLAHAN_0008771

**From:** ▮▮ ▮▮ <▮▮▮@griswoldpublicschools.org>
**Sent:** Wednesday, March 2, 2022 6:18 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮

▮▮▮▮

▮▮▮▮

▮▮▮▮▮▮▮▮

Griswold Public Schools

▮▮▮ @GriswoldPublicSchools.org

▮▮▮▮▮▮

GriswoldPublicSchools.org

**From:** ▮▮ ▮▮
**Sent:** Friday, February 11, 2022 1:06:19 PM
**To:** Lambard, Michael; Smith, Clint
**Cc:** Gross, Lynne
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮▮▮

▮▮▮▮

▮▮▮

▮▮▮▮▮▮r

Griswold Public Schools

▮▮▮ @GriswoldPublicSchools.org

▮▮▮▮▮▮

GriswoldPublicSchools.org

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Friday, February 11, 2022 1:02:55 PM
**To:** ▮▮ ▮▮ Smith, Clint
**Cc:** Gross, Lynne
**Subject:** RE: Yearbook Donation - Griswold High School

Hello,

I can confirm that the books are at the office when I go back into the office on Tuesday. We tell people to please allow 6-8 weeks for scanning of their yearbooks. All 54 yearbooks should be returned all at the same time.

Thank you,

Michael

**From:** ▮▮ ▮▮ <▮▮▮@griswoldpublicschools.org>
**Sent:** Friday, February 11, 2022 8:41 AM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>; Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮

▮▮▮▮

▮▮▮▮

▮▮▮▮▮▮▮

▮▮

▮▮

▮▮▮▮r

CONFIDENTIAL                    PCI_CALLAHAN_0008772

Griswold Public Schools

██████@GriswoldPublicSchools.org

████████████████████████████████

GriswoldPublicSchools.org

**From:** ████ ████████
**Sent:** Friday, January 28, 2022 8:50:42 AM
**To:** Smith, Clint; Lambard, Michael
**Cc:** Gross, Lynne
**Subject:** RE: Yearbook Donation - Griswold High School

████████████

████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████████████ ██ ████████████

██████

██a

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Thursday, January 27, 2022 11:26 AM
**To:** ████ ████████ <████████@griswoldpublicschools.org>; Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

Here is the new form. Please sign and return to me via email. Thank you.

Clint

**From:** ████ ████████████████ @griswoldpublicschools.org>
**Date:** Thursday, January 27, 2022 at 8:21 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

████████████████████████████████████████████

████████████████████████████

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Thursday, January 27, 2022 11:20 AM
**To:** ████ ████████ <████████@griswoldpublicschools.org>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

Hello,

We do need those other books. Also I've attached new FedEx labels since we have moved office locations since the other ones were sent.

-Michael

**From:** ████ ████████ <████████@griswoldpublicschools.org>
**Sent:** Thursday, January 27, 2022 8:16 AM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>; Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

██████u.

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Thursday, January 27, 2022 11:14 AM
**To:** ████ ████████ <████████@griswoldpublicschools.org>; Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

CONFIDENTIAL

PCI_CALLAHAN_0008773

Hi ▮▮  I apologize for not getting back to you sooner.

Michael – can you confirm that we need Griswold High School yearbooks from 1939, 1940, 1941, and 1945?

If so ▮▮  I can revise the submission form and send you a new copy for signature.

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

---

**From:** ▮▮ ▮▮ <▮▮@griswoldpublicschools.org>
**Date:** Thursday, January 27, 2022 at 8:08 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

▮▮

▮▮

---

**From:** ▮▮ ▮▮
**Sent:** Tuesday, January 25, 2022 12:51 PM
**To:** 'Lambard, Michael' <Michael.Lambard@peopleconnect.us>; 'Smith, Clint' <Clinton.Smith@peopleconnect.us>
**Cc:** 'Gross, Lynne' <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

---

**From:** ▮▮ ▮▮
**Sent:** Thursday, December 16, 2021 4:02 PM
**To:** 'Lambard, Michael' <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

---

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Thursday, December 16, 2021 3:46 PM
**To:** ▮▮ ▮▮ <▮▮@griswoldpublicschools.org>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ▮▮

Here are the 3 FedEx labels for the yearbooks. If you have any other questions, please let me know. Thank you again for sending the yearbooks for scanning.

---

**From:** ▮▮ ▮▮ <▮▮@griswoldpublicschools.org>
**Sent:** Thursday, December 16, 2021 10:45 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

11/14

CONFIDENTIAL

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Thursday, December 16, 2021 12:26 PM
**To:** ▮▮▮▮ <▮▮▮▮@griswoldpublicschools.org>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ▮▮▮

Sure that's no problem at all. I'll create the labels & send them to you so that you can send the books whenever you're ready.

Regards,

Michael

**From:** ▮▮▮ ▮▮▮ <▮▮▮@griswoldpublicschools.org>
**Sent:** Thursday, December 16, 2021 8:21 AM
**To:** Lambard, Michael <Michael.Lambard@peopleconnect.us>; Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮▮▮

████████████████████████████████████████

█████████████████████████████████████

▮▮▮▮▮

Griswold Public Schools

▮▮▮▮@GriswoldPublicSchools.org

█████████████████████████

GriswoldPublicSchools.org

**From:** Lambard, Michael <Michael.Lambard@peopleconnect.us>
**Sent:** Thursday, December 16, 2021 11:15:13 AM
**To:** Smith, Clint; ▮▮▮ ▮▮▮
**Cc:** Gross, Lynne
**Subject:** RE: Yearbook Donation - Griswold High School

Hi ▮▮▮

How many boxes do you think you'll use to send the yearbooks? Once I get that information I'll email you the FedEx labels that you can use for those packages. If you have any questions, please feel free to ask.

Regards,

Michael

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Thursday, December 16, 2021 8:12 AM
**To:** ▮▮▮ ▮▮▮ <▮▮▮@griswoldpublicschools.org>
**Cc:** Lambard, Michael <Michael.Lambard@peopleconnect.us>; Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

Hi ▮▮▮ Of course, here you go!

Michael – can you please work with Kayla to determine how many boxes will be needed to ship to Seattle in order to send her FedEx labels?

Thank you,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

**From:** ▮▮▮ ▮▮▮ <▮▮▮@griswoldpublicschools.org>
**Date:** Thursday, December 16, 2021 at 8:07 AM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮▮▮

CONFIDENTIAL

▮▮▮▮▮▮

Griswold Public Schools

▮▮▮@GriswoldPublicSchools.org

GriswoldPublicSchools.org

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Tuesday, December 14, 2021 12:58:09 PM
**To:** ▮▮▮▮▮▮
**Cc:** Lambard, Michael; Gross, Lynne
**Subject:** Re: Yearbook Donation - Griswold High School

Hi ▮▮▮

Here is the revised SIYY Submission Form. If it's acceptable, please sign and date, scan in and send to me via pdf, as well as keeping a copy to include with the boxes sent to Classmates.

I'm working out the details for the digital copy (online sharing) and I'll work with Michael on our Care team to send you FedEx labels for shipment to Classmates.

Thanks,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

**From:** ▮▮▮ ▮▮▮ <▮▮▮@griswoldpublicschools.org>
**Date:** Monday, December 13, 2021 at 1:23 PM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

▮▮▮▮▮▮

Griswold Public Schools

▮▮▮@GriswoldPublicSchools.org

GriswoldPublicSchools.org

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Monday, December 13, 2021 3:26:28 PM
**To:** ▮▮▮▮▮▮
**Cc:** Lambard, Michael; Gross, Lynne
**Subject:** Re: Yearbook Donation - Griswold High School

Hi ▮▮▮ Question for you, what is the best format for you to receive the digital copy of the yearbooks? Our scanning partner can provide an online sharing location where the books can transfer in a searchable pdf format. Or, we could do a thumb drive and we could provide jpeg along with searchable pdf. I can get estimates on the total size so we could determine, for example, how many thumb drives we would need.

Clint Smith

Sr. Director, Strategic Partnerships

CONFIDENTIAL

PCI_CALLAHAN_0008776

PeopleConnect, Inc. | www.classmates.com

**From:** ████ ████ <████@griswoldpublicschools.org>
**Date:** Monday, December 13, 2021 at 6:29 AM
**To:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Cc:** Lambard, Michael <Michael.Lambard@peopleconnect.us>, Gross, Lynne <Lynne.Gross@peopleconnect.us>
**Subject:** Re: Yearbook Donation - Griswold High School

████

████████

████████    ████

████████

████████

████    ████

████████

██

████

████

Griswold Public Schools

████@GriswoldPublicSchools.org

████

GriswoldPublicSchools.org

**From:** Smith, Clint <Clinton.Smith@peopleconnect.us>
**Sent:** Friday, December 10, 2021 2:03:49 PM
**To:** ████
**Cc:** Lambard, Michael; Gross, Lynne
**Subject:** Yearbook Donation - Griswold High School

Hello ████ Our Member Care team passed along to me that you have 52 yearbooks from Griswold High School that you would like to loan to Classmates for scanning so they can appear on Classmates.com.  Although we cannot accept the yearbooks from 2017 or 2018 at this time, we can accept all other years.

We greatly appreciate you reaching out to us and would be happy to bring in these books, scan them and return them to you.  I understand you would like to get a file containing the digital versions of each yearbook in return?  We should be able to accommodate that but the file(s) will be quite large in size, so I need to check what kind of file type we can utilize (USB drive, for example). I will investigate that and get back to you.

Also, I will get a SIYY Form specifically for this donation and send it to you, in order to accommodate all 50 books. What is the physical address you will send (and receive) the yearbooks from?

Thank you again for your donation and I will be back in touch shortly with a Form you can review and sign. We will also provide instructions for shipping.

Best,

Clint Smith

Sr. Director, Strategic Partnerships

PeopleConnect, Inc. | www.classmates.com

CONFIDENTIAL                    PCI_CALLAHAN_0008777

# EXHIBIT 11

## 📓 #2286574 Thanks for your Interest in Submitting Your Yearbook!

| Submitted | | | Received via | Requester | |
|---|---|---|---|---|---|
| April 18, 2022 at 09:54 | | | Web Form | ▮▮▮▮▮@durangoschools.org> | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | CM: Tier 3 | Michael Lambard | Solved |

| Total time spent (sec) | Time spent last update (sec) | Contact Type |
|---|---|---|
| ▮ | ▮ | Webform Email |

**Category**

Yearbooks::Yearbook SIYY Program

▮▮▮▮ April 18, 2022 at 09:54



**Felicia Cantua**  April 18, 2022 at 10:45                                    Internal note

*Transferring ticket to SIYY team/view*

---

**David darte**  April 18, 2022 at 12:50

Hi ▮▮▮▮

We appreciate your interest in adding yearbooks to our site!

Please reply to this email with the following information:

- Your name:
- Your email address:
- Your telephone number:
- Your complete shipping address, including state and zip (physical addresses only):
- The name of the school:
- The city, state:
- The years:
- Loan or Donate:
- Date of when you submitted your request online:

Once the above information is received, we will check our online inventory and if the yearbooks are needed, we'll send you instructions of the next step

Sincerely,

CONFIDENTIAL

PCI_CALLAHAN_0008733

David
Support Specialist
Classmates.com

April 18, 2022 at 13:15



**Peggy Bell**  April 19, 2022 at 09:24

Internal note

Manual submission

**Michael Lambard**  April 26, 2022 at 09:39

Hi

Thank you for your willingness to share your yearbook with your fellow alumni on Classmates.com!

Once we are ready to receive your yearbook for scanning, we will send you another email with instructions as well as a shipping label to cover the cost of shipping. Please do not send us your yearbook just yet.

Don't forget your reward! As a thanks for your submission, we'll issue you a FREE 3-Month Classmates+ membership as soon as we receive your yearbook (limit one free membership per customer)!

We will be back in touch!

Sincerely,

Michael
Member Care Team
Classmates.com

---

**Michael Lambard**  June 17, 2022 at 08:59                                                          Internal note

Added info to Bulk tab on SIYY spreadsheet.

Support Software by **Zendesk**

CONFIDENTIAL                                                                                      PCI_CALLAHAN_0008735

# EXHIBIT 12

CONFIDENTIAL

PCI_CALLAHAN_0008704

# EXHIBIT 13



# Yearbook Submission Form

**Instructions:** Thank you for submitting your yearbook! Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1. Complete and sign the section below.
2. Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com.**

**Turn-Around Time:** The yearbook will be returned to you at the address provided below within 4-6 weeks after we receive your yearbook. NOTE: You may see your yearbook on the site prior to its return to you.

DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.

## OWNER & YEARBOOK INFORMATION

| | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | | School ID (SID): | |
| FedEx Deliverable Address: | **94 TRIMTOWN RD** | Yearbook Year: | **1958, 1960, 1966, 1975, 1980, 1982-2019** |
| City/State: | **NORTH SCITUATE, RI** | School Name: | **Scituate High School** |
| ZIP Code: | **02857** | | |
| Phone Number: | | School City/State: | |
| Email Address: | **████████@scituateschoolsri.net** | | **North Scituate, RI** |

## AUTHORIZATION

*I hereby agree to send Classmates.com. my yearbook so that it may be scanned and understand that Classmates.com. will return my yearbook to me via prepaid FedEx Express Saver service.*

*I agree that Classmates.com. may scan my yearbook "as-is", including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook that I am providing to Classmates.com. and have the right to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com. and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com. may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com. be liable for any lost, damaged or destroyed yearbooks that may occur due to either the mail delivery or scanning process and that Classmates.com.'s aggregate liability for any claim shall under no circumstances exceed fifty United States Dollars ($50 US).*

*SIYY – YB SUBMISSION FORM, Rev. 10/22/2019*

INTERNAL USE ONLY: ☐ Duplicate   ☐ Barcode Error   ☐ Form Altered
☐ Form Not Signed/Dated   ☐ Other _____

| Yearbook Owner's Signature: | Date: |
| --- | --- |

INTERNAL USE ONLY:  ☐ Duplicate   ☐ Barcode Error   ☐ Form Altered
☐ Form Not Signed/Dated   ☐ Other _____

CONFIDENTIAL                                                        PCI_CALLAHAN_0008706

# EXHIBIT 14

#  #1364066 Your Classmates Yearbook Submission

**Submitted**          **Received via**
January 9, 2020 at 17:41   Closed Ticket
**Requester**
███████████████ @scituateschoolsri.net ████████████ @scituateschoolsri.net>

| **Status** | **Type** | **Priority** | **Group** | **Assignee** | **Ticket status** |
|---|---|---|---|---|---|
| Closed | - | Normal | CM: Tier 3 | David darte | Solved |

**Total time spent (sec)**   **Time spent last update (sec)**   **Contact Type**
███                          ███                                Agent Initiated Email
**Category**
Yearbooks::Yearbook SIYY Program

---

████████████████ **@scituateschoolsri.net**  January 9, 2020 at 17:41       Internal note

███████████████████████████████████████████████

████████████████████████

████████████████████

> On Nov 7, 2019, at 5:16 PM, Classmates <membercare@classmates.com> wrote:
>
>

---

**Permanently deleted user**  January 10, 2020 at 10:47                    Internal note

*Reason for transfer:*
I think this member has some confusion about the siyy program

---

**David darte**  January 14, 2020 at 09:30                                 Internal note

Checking with Kim to see if we can provide digital scans

---

**David darte**  February 4, 2020 at 11:24

Hi ████████

Thanks for your message.

I apologize for the delay. We will go ahead and scan the yearbooks and give you a digital copy. I see you are submitting 43 yearbooks to scan from Scituate High School in North Scituate RI. In order for us to send the correct amount of FedEx pre-paid shipping labels, how many boxes will you be sending?

Sincerely,

David
Support Specialist
Classmates.com

**@scituateschoolsri.net**  February 5, 2020 at 18:10



On Feb 4, 2020, at 2:24 PM, Classmates <membercare@classmates.com> wrote:

---

**David darte**  February 7, 2020 at 14:19

Hello

Thank you in advance for submitting your **1958, 1960, 1966, 1975, 1980, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, & 2019 Scituate High School** yearbooks to Classmates.com. Please complete the steps below to send in your yearbooks:

- Complete and sign the attached **Yearbook Submission Form**, authorizing us to scan and publish your yearbooks.
- Remove any loose pages, photos, plastic covers, etc. that were not part of the original yearbooks.
- Place your yearbooks and the Yearbook Submission Form in a box. Use bubble wrap, newspaper, or other material to protect your yearbooks.
- Print the **FedEx Prepaid Shipping Label** attached, adhere it to your box and take to a FedEx Office location.

It's as easy as that! We'll scan your yearbooks, add them to our online collection and mail them back to you within 4-6 weeks.

Please mail your yearbooks to us as soon as possible so members of your class and school can enjoy the memories. If you have any questions, please email us at yearbookprogram@classmates.com.

I have attached 12 FedEx Prepaid Shipping Labels. You may use these to ship the yearbooks and Flash drives. We are only able scan the original yearbook and are unable to use additional supplements, booklets, etc. If you are sending us your yearbook, we ask that you remove any additional material and only send the yearbook itself.

At this time, we're only focusing on high school yearbooks and are not able to accept yearbooks from other schools such as middle schools, colleges, etc. We appreciate your understanding!

Thank you again for contributing to the Classmates yearbook collection.

Sincerely,

David
Support Specialist
Classmates.com

---

Support Software by **Zendesk**

# EXHIBIT 15



CONFIDENTIAL



CONFIDENTIAL

PCI_CALLAHAN_0008708

# EXHIBIT 16



**Yearbook Submission Form**

---

**Instructions:** Thank you for submitting your yearbook!  Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1.  Complete and sign the section below.
2.  Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com.**

**Turn-Around Time:** The yearbook will be returned to you at the address provided below within 6-8 weeks after we receive your yearbook. NOTE:  You may see your yearbook on the site prior to its return to you.

**DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.**

## OWNER & YEARBOOK INFORMATION

| | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | | School ID (SID): | |
| FedEx Deliverable Address: | **207 SAN MARCO AVE** | Yearbook Year: | **1972 - 2010** |
| City/State: | **SAINT AUGUSTINE, FL** | School Name: | **Florida Deaf & Blind High School** |
| ZIP Code: | **32084** | | |
| Phone Number: | | School City/State: | **SAINT AUGUSTINE, FL** |
| Email Address: | | | |

## AUTHORIZATION

*I hereby agree to send Classmates.com. my yearbook so that it may be scanned and understand that Classmates.com. will return my yearbook to me via prepaid FedEx Express Saver service.*

*I agree that Classmates.com. may scan my yearbook "as-is", including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook that I am providing to Classmates.com. and have the right to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com. and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I affirm that my yearbook does not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com. may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com. be liable for any lost, damaged or destroyed yearbooks that may occur due to either the mail delivery or scanning process and that Classmates.com's aggregate liability for any claim shall under no circumstances exceed fifty United States Dollars ($50 US).*

| Yearbook Owner's Signature: | | Date: | |
|---|---|---|---|

*SIYY – YB SUBMISSION FORM, Rev. 07.01.*            ☐ Barcode Error ☐ Form Altered     ☐ Form

## Box 2

FSDB Yearbooks

Deaf and Blind Departments
Deaf - "La Coquina" and Blind - "The Independent"

Hardcover – 1997-2010
(2 softcover books: La Coquina 2009 and 2010)

Total 28 books

Send to Classmates.com

From:
FSDB Museum
207 San Marco Ave.
St. Augustine, Fl. 32084

Email: ▮▮▮▮▮▮▮@fsdbk12.org
Phone: ▮▮▮▮▮▮▮

PCI_CALLAHAN_0008710





## Yearbook Submission Form

**Instructions:** Thank you for submitting your yearbook! Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1. Complete and sign the section below.
2. Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com**.

**Turn-Around Time:** The yearbook will be returned to you at the address provided below within 6-8 weeks after we receive your yearbook. NOTE: You may see your yearbook on the site prior to its return to you.

DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.

### OWNER & YEARBOOK INFORMATION

| | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | ███████ | School ID (SID): | ███ |
| FedEx Deliverable Address: | **207 SAN MARCO AVE** | Yearbook Year: | **1972 - 2010** |
| City/State: | **SAINT AUGUSTINE, FL** | School Name: | **Florida Deaf & Blind High School** |
| ZIP Code: | **32084** | | |
| Phone Number: | ███████ | School City/State: | **SAINT AUGUSTINE, FL** |
| Email Address: | ███████ | | |

### AUTHORIZATION

*I hereby agree to send Classmates.com. my yearbook so that it may be scanned and understand that Classmates.com. will return my yearbook to me via prepaid FedEx Express Saver service.*

*I agree that Classmates.com. may scan my yearbook "as-is", including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook that I am providing to Classmates.com. and have the right to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com. and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I affirm that my yearbook does not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com. may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com. be liable for any lost, damaged or destroyed yearbooks that may occur due to either the mail delivery or scanning process and that Classmates.com's aggregate liability for any claim shall under no circumstances exceed fifty United States Dollars ($50 US).*

| Yearbook Owner's Signature | ███████ | Date: | ███████ |
|---|---|---|---|

☐ Duplicate ☐ Barcode Error ☐ Form Altered ☐ Form Other _____

CONFIDENTIAL

# Box 1

FSDB Yearbooks

Deaf and Blind Departments
"La Coquina"

Hardcover – 1972 to 1996

Total 24 books

FSDB Museum
207 San Marco Ave.
St. Augustine, Fl. 32084

*Send to Classmates.com*

Email: ██████████ @fsdbk12.org
Phone: ██████████

# EXHIBIT 17

#  #2290801 Thanks for your Interest in Submitting Your Yearbook!

| Submitted | | | Received via | Requester | |
|-----------|---|---|--------------|-----------|---|
| April 22, 2022 at 03:14 | | | Web Form | ███████████@fsdbk12.org> | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|--------|------|----------|-------|----------|---------------|
| Closed | - | Normal | CM: Tier 3 | Michael Lambard | Solved |

| Total time spent (sec) | Time spent last update (sec) | Contact Type |
|------------------------|------------------------------|--------------|
| ██ | ██ | Webform Email |

**Category**

Yearbooks::Yearbook SIYY Program

---

████████ April 22, 2022 at 03:14

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████

---

**David darte**   April 22, 2022 at 10:57

Hi ████████

We appreciate your interest in adding yearbooks to our site!

Please reply to this email with the following information:

- Your name:
- Your email address:
- Your telephone number:
- Your complete shipping address, including state and zip (physical addresses only):
- The name of the school:
- The city, state:
- The years:
- Loan or Donate:
- Date of when you submitted your request online:

Once the above information is received, we will check our online inventory and if the yearbooks are needed, we'll send you instructions of the next step

Sincerely,

David
Support Specialist
Classmates.com

---

████████ April 24, 2022 at 22:54

CONFIDENTIAL          PCI_CALLAHAN_0008724

**From:** Classmates <membercare@classmates.com>
**Date:** Friday, April 22, 2022 at 1:57 PM
**To:** ███████████ <████████@fsdbk12.org>
**Subject:** Re: Ready to ship 52 (FSDB) Florida Deaf & Blind HS, yearbooks (St. Augustine, Fl)

##- Please type your reply above this line -##

**David** (Classmates)

Apr 22, 2022, 10:57 PDT

Sincerely,

David
Support Specialist
Classmates.com



Apr 22, 2022, 3:14 PDT



Attachment(s)
Florida Deaf yearbooks.docx

This email is a service from Classmates.

[KWZXLM-8W7ZP]
Please note: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are considered to be public records and may be made available to the public and media upon request.

**Felicia Cantua**   April 25, 2022 at 08:32                    Internal note

*Transferring ticket to SIYY team/view*

**Peggy Bell**   April 25, 2022 at 12:26                    Internal note

Manual submission

**Michael Lambard**   April 27, 2022 at 08:37

Hi 

Thank you for your willingness to share your yearbook with your fellow alumni on Classmates.com!

Once we are ready to receive your yearbook for scanning, we will send you another email with instructions as well as a shipping label to cover the cost of shipping. Please do not send us your yearbook just yet.

Don't forget your reward! As a thanks for your submission, we'll issue you a FREE 3-Month Classmates+ membership as soon as we receive your yearbook (limit one free membership per customer)!

We will be back in touch!

Sincerely,

Michael
Member Care Team
Classmates.com

April 29, 2022 at 02:34



May 17, 2022 at 03:53



Please note: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are considered to be public records and may be made available to the public and media upon request.

**Michael Lambard**   June 17, 2022 at 09:14                                    Internal note

Added information under Bulk tab on SIYY spreadsheet.

Support Software by **Zendesk**

# EXHIBIT 18





## Yearbook Submission Form

**Instructions:** Thank you for submitting your yearbook! Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1. Complete and sign the section below.
2. Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com.**

**Turn-Around Time:** The yearbook will be returned to you at the address provided below within 6-8 weeks after we receive your yearbook. NOTE: You may see your yearbook on the site prior to its return to you.

**DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.**

### OWNER & YEARBOOK INFORMATION

| | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | | School ID (SID): | |
| FedEx Deliverable Address: | | Yearbook Year: | **1979, 1986, 1990, 1991** |
| City/State: | | School Name: | **O'Hara High School** |
| ZIP Code: | | | |
| Phone Number: | | School City/State: | **KANSAS CITY, MO** |
| Email Address: | | | |

### AUTHORIZATION

*I hereby agree to send Classmates.com. my yearbook so that it may be scanned and understand that Classmates.com. will return my yearbook to me via prepaid FedEx Express Saver service.*

*I agree that Classmates.com. may scan my yearbook "as-is", including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook that I am providing to Classmates.com. and have the right to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com. and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I affirm that my yearbook does not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com. may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com. be liable for any lost, damaged or destroyed yearbooks that may occur due to either the mail delivery or scanning process and that Classmates.com's aggregate liability for any claim shall under no circumstances exceed fifty United States Dollars ($50 US).*

Yearbook Owner's Signature:                                          Date:

INTERNAL USE ONLY: □ Duplicate  □ Barcode Error  □ Form Altered     □ Form Not Signed/Dated  □ Other _____

CONFIDENTIAL                                          PCI_CALLAHAN_0008713

# EXHIBIT 19



**classmates**

## Yearbook Submission Form

**Instructions:** Thank you for submitting your yearbook!  Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1.  Complete and sign the section below.
2.  Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com.**

**Turn-Around Time:** The yearbook will be returned to you at the address provided below within 6-8 weeks after we receive your yearbook. NOTE:  You may see your yearbook on the site prior to its return to you.

> **DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.**

### OWNER & YEARBOOK INFORMATION

| | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | | School ID (SID): | |
| FedEx Deliverable Address: | | Yearbook Year: | **1995, 1998-2016** |
| City/State: | | School Name: | **O'Hara High School** |
| ZIP Code: | | | |
| Phone Number: | | School City/State: | **KANSAS CITY, MO** |
| Email Address: | | | |

### AUTHORIZATION

*I hereby agree to send Classmates.com. my yearbook so that it may be scanned and understand that Classmates.com. will return my yearbook to me via prepaid FedEx Express Saver service.*

*I agree that Classmates.com. may scan my yearbook "as-is", including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook that I am providing to Classmates.com. and have the right to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com. and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I affirm that my yearbook does not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com. may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com. be liable for any lost, damaged or destroyed yearbooks that may occur due to either the mail delivery or scanning process and that Classmates.com's aggregate liability for any claim shall under no circumstances exceed fifty United States Dollars ($50 US).*

Yearbook Owner's Signature:                                          Date:

INTERNAL USE ONLY: ☐ Duplicate  ☐ Barcode Error  ☐ Form Altered    ☐ Form Not Signed/Dated  ☐ Other _____

# EXHIBIT 20

# 📖 #2280316 Thanks for your Interest in Submitting Your Yearbook!

| Submitted | | | Received via | Requester |
|---|---|---|---|---|
| April 11, 2022 at 12:44 | | | Web Form | ███████████████ |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | CM: Tier 3 | Michael Lambard | Solved |

**Total time spent (sec)**   **Time spent last update (sec)**   **Contact Type**
██                           ██                                  Webform Email

**Category**
Yearbooks::Yearbook SIYY Program

 ███ April 11, 2022 at 12:44

**Peggy Bell**  April 12, 2022 at 08:31                          Internal note
*Transferring ticket to SIYY team/view*

---

**David darte**  April 12, 2022 at 11:27

Hi,

We appreciate your interest in adding yearbooks to our site!

Currently we can accept all yearbooks up until 2016. We are not able to accept yearbooks published after 2016.  We are currently experiencing a high demand in processing the yearbook submissions, so there may be a delay in processing your submission. Please reply to this email with the following information:

- Your name:
- Your email address:
- Your telephone number:
- Your complete shipping address, including state and zip (physical addresses only):
- The name of the school:
- The city, state:
- The years:
- Loan or Donate:
- Date of when you submitted your request online:

Once the above information is received, we will check our online inventory and if the yearbooks are needed, we'll send you instructions of the next step

CONFIDENTIAL                                               PCI_CALLAHAN_0008729

Sincerely,

David
Support Specialist
Classmates.com



April 13, 2022 at 11:33

On Tuesday, April 12, 2022, 01:27:29 PM CDT, Classmates <membercare@classmates.com> wrote:

**Peggy Bell**  April 14, 2022 at 11:10                          Internal note

Manuel submission

**Michael Lambard**   April 18, 2022 at 11:34

Hi

Thank you for your willingness to share your yearbook with your fellow alumni on Classmates.com!

Once we are ready to receive your yearbook for scanning, we will send you another email with instructions as well as a shipping label to cover the cost of shipping. Please do not send us your yearbook just yet.

Don't forget your reward! As a thanks for your submission, we'll issue you a FREE 3-Month Classmates+ membership as soon as we receive your yearbook (limit one free membership per customer)!

We will be back in touch!

Case 3:20-cv-09203-EMC   Document 212   Filed 07/06/23   Page 98 of 133

Sincerely,

Michael
Member Care Team
Classmates.com

Support Software by **Zendesk**

CONFIDENTIAL
PCI_CALLAHAN_0008731

# EXHIBIT 21

## #2394732 Re: Your Classmates Yearbook Submission

| Submitted | | | Received via | Requester | | |
|---|---|---|---|---|---|---|
| July 26, 2022 at 13:52 | | | Mail | ▮ | | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | CM: Tier 1 | Chelsea Henderson | Solved |

| Total time spent (sec) | Time spent last update (sec) | Contact Type | Category |
|---|---|---|---|
| ▮ | ▮ | Email | Other::No Response Required |



▮ July 26, 2022 at 10:12

On Wednesday, July 20, 2022 at 03:29:53 PM CDT, Classmates <membercare@classmates.com> wrote:

**Chelsea Henderson**  July 28, 2022 at 08:07          Internal note

No reply needed

Support Software by **Zendesk**

CONFIDENTIAL

# EXHIBIT 22



**classmates**

## Yearbook Submission Form

**Instructions:** Thank you for submitting your yearbook!  Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1. Complete and sign the section below.
2. Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com.**

**Turn-Around Time:** The yearbook will be returned to you at the address provided below within 4-6 weeks after we receive your yearbook. NOTE: You may see your yearbook on the site prior to its return to you.

**DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.**

| OWNER & YEARBOOK INFORMATION | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | | School ID (SID): | |
| FedEx Deliverable Address: | **113 SAINT MARYS PL** | Yearbook Year: | **2013 - 2020** |
| City/State: | **LAUREL, MD** | School Name: | **St. Vincent Pallotti High School** |
| ZIP Code: | **20707** | | |
| Phone Number: | | School City/State: | **LAUREL, MD** |
| Email Address: | **@pallottihs.org** | | |

### AUTHORIZATION

*I hereby agree to send Classmates.com. my yearbook so that it may be scanned and understand that Classmates.com. will return my yearbook to me via prepaid FedEx Express Saver service.*

*I agree that Classmates.com. may scan my yearbook "as-is", including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook that I am providing to Classmates.com. and have the right to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com. and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I affirm that my yearbook does not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com. may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com. be liable for any lost, damaged or destroyed yearbooks that may occur due to either the mail delivery or scanning process and that Classmates.com's aggregate liability for any claim shall under no circumstances exceed fifty United States Dollars ($50 US).*

| Yearbook Owner's Signature | | Date: |
|---|---|---|

INTERNAL USE ONLY: ☐ Duplicate  ☐ Barcode Error  ☐ Form Altered     ☐ Form Not Signed/Dated  ☐ Other

CONFIDENTIAL

# EXHIBIT 23





## Yearbook Submission Form

**Instructions:** Thank you for submitting your yearbook!  Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1. Complete and sign the section below.
2. Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com.**

**Turn-Around Time:** The yearbook will be returned to you at the address provided below within 4-6 weeks after we receive your yearbook. NOTE:  You may see your yearbook on the site prior to its return to you.

DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.

| OWNER & YEARBOOK INFORMATION | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | ▇▇▇▇▇▇▇▇ | School ID (SID): | ▇▇▇▇ |
| FedEx Deliverable Address: | **113 SAINT MARYS PL** | Yearbook Year: | **2011 & 2012** |
| City/State: | **LAUREL, MD** | School Name: | **St. Vincent Pallotti High School** |
| ZIP Code: | **20707** | | |
| Phone Number: | ▇▇▇▇ | School City/State: | **LAUREL, MD** |
| Email Address: | ▇▇▇@pallottihs.org | | |

**AUTHORIZATION**

*I hereby agree to send Classmates.com. my yearbook so that it may be scanned and understand that Classmates.com. will return my yearbook to me via prepaid FedEx Express Saver service.*

*I agree that Classmates.com. may scan my yearbook "as-is", including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook that I am providing to Classmates.com. and have the right to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com. and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

*I affirm that my yearbook does not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.*

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com. may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com. be liable for any lost, damaged or destroyed yearbooks that may occur due to either the mail delivery or scanning process and that Classmates.com's aggregate liability for any claim shall under no circumstances exceed fifty United States Dollars ($50 US).*

| Yearbook Owner's Signature: | ▇▇▇▇▇▇▇ | Date: | ▇▇▇▇▇▇▇ |
|---|---|---|---|

INTERNAL USE ONLY: ☐ Duplicate  ☐ Barcode Error  ☐ Form Altered   ☐ Form Not Signed/Dated  ☐ Other _____

# EXHIBIT 24

#  #1805767 Your Classmates Yearbook Submission

| Submitted | | | Received via | Requester | |
|---|---|---|---|---|---|
| December 2, 2020 at 09:33 | | | Closed Ticket | ████████ @pallottihs.org> | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | CM: Tier 3 | David darte | Solved |

| Total time spent (sec) | Time spent last update (sec) | Contact Type |
|---|---|---|
| █ | █ | Agent Initiated Email |

**Category**
Yearbooks::Yearbook SIYY Program

████ December 2, 2020 at 09:33

██████████████

██████████████████

████████

████████████

@pallottihs.org

**Samantha Carlson**  December 3, 2020 at 06:50                                   Internal note
*Reason for transfer: member req status of yrbk submission.*

**David darte**  December 4, 2020 at 12:41                                         Internal note
Will confirm with Mike on 12/8 as FedEx shows delivered on 12/2.

**David darte**  December 8, 2020 at 13:49

Hi ████

Thank you for your yearbook submission.

We received your yearbooks on 12/2/2020. We've issued a free 3 Month Classmates + membership for sending in your yearbooks. Your full access will expire on 3/8/2021 and your membership will go back to free status at that time.

If you'd like to continue your Classmates+ membership after it expires, click **https://secure.classmates.com /checkout/start?type=upgrade&t=mc_cart** for our **58% off** member appreciation discount.

If you'd prefer to order over the phone, please call us at 1-800-779-8689, Monday through Friday between 7:00 a.m. and 4:00 p.m. Pacific Time. Be sure to mention this specific discount when you call!

If you have any further questions, please let us know.
Sincerely,

David

Support Specialist
Classmates.com

████████ December 8, 2020 at 14:39

██████████████████████████████████████████████████████

██████████████████████████
██████████████████████ █
██████████ /
████████████████

**Felicia Cantua**  December 8, 2020 at 14:50                           Internal note

*Transferring ticket to SIYY team/view*

**David darte**  December 9, 2020 at 14:24

Hi ██████

Thank you for sending in your yearbook to add to our collection. Your yearbook will be visible on the Classmates site as soon as possible. Please note this entire process takes several weeks to complete from start to finish. We appreciate your patience!

Sincerely,

David
Support Specialist
Classmates.com

Support Software by **Zendesk**

# EXHIBIT 25

# #1791631 Your Classmates Yearbook Submission

| Submitted | | | Received via | Requester | |
|-----------|--|--|--------------|-----------|--|
| November 5, 2020 at 14:08 | | | Web Form | | @pallottihs.org> |

| Status | Type | Priority | Group | Assignee | Ticket status |
|--------|------|----------|-------|----------|---------------|
| Closed | - | Normal | CM: Tier 3 | David darte | Solved |

| Total time spent (sec) | Time spent last update (sec) | Contact Type |
|------------------------|------------------------------|--------------|
| | | Agent Initiated Email |

**Category**

Yearbooks::Yearbook SIYY Program

---

**Michael Lambard**  November 5, 2020 at 14:08

Hello

Thank you in advance for submitting your **2011 & 2012 St. Vincent Pallotti High School** yearbooks to Classmates.com.

Please mail your yearbook to us as soon as possible so members of your class and school can enjoy the memories.

**As a thanks for your submission, we'll issue you a FREE 3-month Classmates+ membership as soon as we receive your yearbook!**

Please complete the steps below to send in your yearbook:

- Complete and sign the attached **Yearbook Submission Form**, authorizing us to scan and publish your yearbook.
- Remove any loose pages, photos, plastic covers, etc. that were not part of the original yearbook.
- Place your yearbook and the Yearbook Submission Form in a box. Use bubble wrap, newspaper, or other material to protect your yearbook.
- Print the **FedEx Prepaid Shipping Label** attached, adhere it to your box and take to a FedEx Office location.

It's as easy as that! We'll scan your yearbook, add it to our online collection and mail it back to you within 4-6 weeks.

If you have any questions, please reply directly to this email. Thank you again for contributing to the Classmates yearbook collection!

Sincerely,

Michael
Member Care Team
Classmates.com

---

November 6, 2020 at 15:05



On Nov 6, 2020, at 6:01 PM, Classmates <membercare@classmates.com> wrote:

**David darte**  November 9, 2020 at 13:52

Hi █████

Thanks for your message.

Please send us the the years you would like to send in. If you are submitting yearbooks other than Dusable High School in Chicago, IL, please also list the school name, city and state. We will reply with the yearbook submission forms for these yearbooks if they are needed.

Thank you in advance for your time.

Sincerely,

David
Support Specialist
Classmates.com

████████  November 9, 2020 at 14:08



On Nov 9, 2020, at 4:52 PM, Classmates <membercare@classmates.com> wrote:

**David darte**  November 9, 2020 at 14:36

Hi █████

Thanks for your message.

I apologize for the error. Please disregard the previous email. Please respond with the additional years you wish to submit for St. Vincent Pallotti High School in Laurel Md.

Thank you in advance for your time.

Sincerely,

David
Support Specialist
Classmates.com

████████  November 10, 2020 at 05:27

CONFIDENTIAL



@pallottihs.org

**David darte**  November 11, 2020 at 15:12

Hi

Thanks for your message.

I have attached the Yearbook Submission form for the 2013 through 2020 St. Vincent Pallotti High School yearbooks. You may include them with your 2011 and 2012 yearbooks that you previously submitted.

If you have any further questions, please let us know.

Sincerely,

David
Support Specialist
Classmates.com

Support Software by **Zendesk**

CONFIDENTIAL
PCI_CALLAHAN_0008721

# EXHIBIT 26

# classmates

# Yearbook Submission Form

**Instructions:** Thank you for submitting your yearbook! Please note that your yearbook will be scanned as is (written comments, etc.). Please remove any loose pages, photos, plastic protective covers, etc. that were not part of the original yearbook.

1. Complete and sign the section below.
2. Place the yearbook and this completed form in a protective box. Use bubble wrap, newspaper or other materials to protect the yearbook. Questions? Email us at **yearbookprogram@classmates.com.**

DO NOT DUPLICATE OR MAKE CHANGES TO THIS FORM. ANY UNAUTHORIZED COPIES OR CHANGES MAY DELAY THE SCANNING OF YOUR YEARBOOK. Corrections to your address, phone or email is acceptable. Please contact us if you have another yearbook to submit.

## OWNER & YEARBOOK INFORMATION

| | | | |
|---|---|---|---|
| Yearbook Owner's Full Name: | ███████ | School ID (SID): | ███████ |
| FedEx Deliverable Address: | ███████ | Yearbook Year: | **2008 - 2016** |
| City/State: | ███████ | School Name: | Middletown North High School |
| ZIP Code: | ███████ | | |
| Phone Number: | ███████ | School City/State: | MIDDLETOWN, NJ |
| Email Address: | ███████ | | |

## AUTHORIZATION

*I hereby agree to donate my yearbook to Classmates.com and understand and acknowledge that under no circumstances will my yearbook be returned to me.*

*I agree that Classmates.com may scan my yearbook "as is," including all hand-written content contained therein, and hereby grant the perpetual, non-revocable right and license to use, publish, display, modify, market, distribute, transmit and create derivative works from the images therein for use on the world wide web, in email, and in any other electronic, print or mixed media (including graphics, recordings, reprints, film and/or photographs) for editorial, commercial, promotional and all other purposes. I hereby represent that I am the rightful owner of the yearbook and that I am donating to Classmates.com and that I have the right to make such donation and to grant the foregoing license to Classmates.com. Furthermore, I hereby release and discharge Classmates.com and its affiliates, employees, agents, licensees, successors and assigns from any and all claims, demands or causes of actions that I may have or may in the future have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or trademark or violation of any other right arising out of or relating to any utilization of my yearbook.*

I affirm that my yearbook does not contain any content that is illegal, obscene, pornographic or sexually explicit, depicts graphic or gratuitous violence or illegal drug paraphernalia, or is derogatory, demeaning, malicious, defamatory, abusive, hateful, racially or ethnically offensive, or otherwise determined to be objectionable. Classmates does not actively review each submitted yearbook prior to scanning, however your yearbook maybe removed from the website if it contains any of the above or for any reason Classmates may deem appropriate.

*I agree that I shall be entitled to no additional consideration or compensation as a result of granting the rights herein and that Classmates.com may rely upon this Authorization to exercise the rights granted to it. Furthermore, I understand and agree that in no event will Classmates.com be liable for any lost, damaged or destroyed yearbooks that may occur due to the mail delivery process and that Classmates.com' aggregate liability for any claim shall under no circumstances exceed Fifty United States Dollars ($50US).*

| Yearbook Owner's Signature: | ███████ | Date: | ███████ |
|---|---|---|---|

*SIYY – YB SUBMISSION FORM, Rev. 07.01.2020*

INTERNAL USE ONLY: ☐ Duplicate   ☐ Barcode Error   ☐ Form Altered
☐ Form Not Signed/Dated   ☐ Other _____

PCI_CALLAHAN_0008715

# EXHIBIT 27

# 📷 #2680942 Your Classmates Yearbook Submission

| Submitted | | | Received via | Requester | |
|---|---|---|---|---|---|
| May 19, 2023 at 08:11 | | | Web Widget | ███████████████ | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | CM: Tier 3 | David darte | Solved |

| Total time spent (sec) | Time spent last update (sec) | Contact Type |
|---|---|---|
| █████ | ███ | Agent Initiated Email |

**Category**

Account Administration::Misregistration

---

████████████   May 19, 2023 at 08:11

████████████████████████████████████████████████████

████████████████████████████████

-----------------
Submitted from: https://help.classmates.com/hc/en-us

---

**David darte**   May 22, 2023 at 14:07

Hi ████

We appreciate your interest in adding yearbooks to our site!

Please reply to this email with the following information:

- Your name:
- Your email address:
- Your telephone number:
- Your complete shipping address, including state and zip (physical addresses only):
- The name of the school:
- The city, state:
- The years:
- Loan or Donate:
- Date of when you submitted your request online:

Once the above information is received, we will check our online inventory and if the yearbooks are needed, we'll send you instructions of the next step

Sincerely,

David
Support Specialist
Classmates.com

---

████████████   May 22, 2023 at 17:33

████████████████████████████████████████████████████████████

████



Sent from my iPhone

> On May 22, 2023, at 5:07 PM, Classmates <membercare@classmates.com> wrote:

---

**David darte**  May 23, 2023 at 07:51                                        Internal note

Preparing submission

---

**David darte**  May 23, 2023 at 08:20

Hello ▮▮

We appreciate that you brought this to our attention! We've updated our records. Please disregard any residual emails over the next 10 days, since a few emails might already be scheduled for delivery.

To register at Classmates.com under your own name and school info, simply click here to get started. And once you've registered, click this link
**https://secure.classmates.com/checkout/start?type=upgrade&t=mc_cart** for a special member appreciation discount that will save you **58%** off of your next membership term!

Thank you in advance for submitting your **2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015 & 2016 Middletown North High School** yearbooks to Classmates.com.

Please mail your yearbook to us as soon as possible so other members of Classmates.com can enjoy the memories.

**As a thanks for your submission, we'll issue you a FREE 3-month Classmates+ membership as soon as we receive your yearbook (limit one free membership per customer)!**

Please complete the steps below to send in your yearbook:

- Complete and sign the attached **Yearbook Submission Form**, authorizing us to scan and publish your yearbook.
- Remove any loose pages, photos, plastic covers, etc. that were not part of the original yearbook.
- Place your yearbook and the Yearbook Submission Form in a box. Use bubble wrap, newspaper, or other material to protect your yearbook.
- Print the **FedEx Prepaid Shipping Label** attached, adhere it to your box and take to a FedEx Office location.

It's as easy as that! We'll scan your yearbooks, and add them to our online collection

If you have any questions, please reply directly to this email. Thank you again for contributing to the Classmates yearbook collection!


Sincerely,

David
Support Specialist
Classmates.com

Support Software by **Zendesk**

CONFIDENTIAL                                            PCI_CALLAHAN_0008740

# EXHIBIT 28

# EXHIBIT 29