**JENNER & BLOCK LLP**
Benjamin T. Halbig (Cal. Bar. No. 321523)
bhalbig@jenner.com
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:    628 267-6800
Facsimile:    628 267-6859

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone:    312 222-9350
Facsimile:    312 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:    213 239-5199

*Attorneys for Defendant PeopleConnect, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA NOLEN, on behalf of herself and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br>　　　　　　　　　Defendant. | Case No.3:20-cv-09203-EMC<br><br>**DEFENDANT PEOPLECONNECT, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Defendant PeopleConnect, Inc. ("PeopleConnect") hereby
3   respectfully requests that an order be granted to remove Dkt. 208 from the ECF docket for this matter on
4   the grounds that it was incorrectly filed publicly and not under seal.

5   The document e-filed on July 6, 2023, as Dkt. 208 (*PeopleConnect, Inc.'s Opposition to Plaintiff's
6   Amended Motion for Class Certification (Redacted)*) inadvertently omitted one redaction of confidential
7   information that was intended to be, and should have been, redacted at the time of filing.

8   PeopleConnect moved to seal the confidential portions of this document as stated in Dkt. 206
9   (*PeopleConnect, Inc.'s Administrative Motion to File Portions of Defendant's Opposition to Plaintiff's
10  Amended Motion for Class Certification and Related Documents Under Seal*), and filed a sealed,
11  unredacted version of the document in connection with that motion. PeopleConnect promptly notified the
12  Court's Civil Case Docketing & Docket Correction of this filing error and understands that public access
13  to the inadvertently filed document will now be temporarily blocked.

14  PeopleConnect respectfully moves the Court to remove the incorrectly filed document permanently
15  from the Court's public docket and ECF. PeopleConnect has filed a corrected version of the document.
16  Dkt. 215.

| | | |
|---|---|---|
| 1 | Dated: July 6, 2023 | Respectfully Submitted, |
| 2 | | By: */s/ Debbie L. Berman* |
| 3 | | Debbie L. Berman (*pro hac vice*) |
| | | dberman@jenner.com |
| 4 | | Wade A. Thomson (*pro hac vice*) |
| | | wthomson@jenner.com |
| 5 | | JENNER & BLOCK LLP |
| | | 353 North Clark Street |
| 6 | | Chicago, Illinois 60654 |
| | | Telephone: (312) 222-9350 |
| 7 | | Facsimile: (312) 527-0484 |

Benjamin T. Halbig (Cal. Bar. No. 321523)
bhalbig@jenner.com
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859

Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendant PeopleConnect, Inc.*