**JENNER & BLOCK LLP**
Benjamin T. Halbig (Cal. Bar. No. 321523)
bhalbig@jenner.com
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:     628 267-6800
Facsimile:      628 267-6859

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*)
wthomson@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone:     312 222-9350
Facsimile:      312 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:      213 239-5199

*Attorneys for Defendant PeopleConnect, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA NOLEN, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br>Defendant. | Case No. 3:20-cv-09203-EMC<br><br>The Honorable Edward M. Chen<br><br>**DEFENDANT'S PROPOSED ORDER RE: CLASSMATES.COM WEBSITE ACCESS** |

Pursuant to the Court's July 17, 2023 Order, Dkt. 222, Plaintiff Alicia Nolen ("Plaintiff") and Defendant PeopleConnect, Inc. ("PeopleConnect") (collectively the "Parties"), the Court hereby orders that the Parties abide by the following protocol for Plaintiff's counsel's access to the Free Member portions of the Classmates.com website:

1. PeopleConnect will provide login credentials for counsel, Benjamin Osborn, to access the Free Member portions of Classmates.com website within one business day after the Court enters this stipulation. Mr. Osborn shall not be permitted to change the account credentials, change the account settings, or upgrade to a Subscriber account.

2. The login credentials shall only be used by Mr. Osborn and no one else.

3. Mr. Osborn will use the login credentials for the sole purpose of capturing screenshots (including videos) of the website for this litigation only and for no other purpose. Plaintiff and her counsel specifically agree that they shall not use the login credentials for any other purpose including, but not limited to: (a) communicating or interacting with other Free Members or Subscribers through the use of available website features such as private messages, profile visits, profile notes, conversations, message boards, photo tags, "I remember you" notifications, or otherwise; (b) uploading photos; (c) creating reunions or conversations; or (d) purchasing yearbooks.

4. Mr. Osborn will not use the login credentials to identify putative class members or potential class representatives for this lawsuit and will not use them for any other action or proceeding.

5. Mr. Osborn will only access the 1960 Classmates Test High School Yearbook, the 2016 Sanford High School Yearbook from Sanford, Maine, and the 2016 Tulare Union High School Yearbook from Tulare, California, the yearbook in which Plaintiff's information appears.

6. Mr. Osborn's access to the website will terminate immediately after the disposition of this action as defined in paragraph 4 of the Parties' Stipulated Protective Order, Dkt. 124.

7. If Mr. Osborn violates this agreement, PeopleConnect immediately can revoke his access.

8. Any specific searches conducted by Mr. Osborn will not be used to create purported violations of California's Right of Publicity statute, Cal. Civ. Code § 3344 or to allege or argue that a particular person has been searched for or had their name or photograph displayed or used within the

meaning of Cal. Civ. Code § 3344 on the Classmates.com website for purposes of establishing liability under that statute. However, except as set forth in Paragraphs 3 to 5 of this Stipulation and Proposed Order, nothing in this Stipulation and Order prohibits Mr. Osborn from conducting searches or using other functionality of Classmates.com as evidence to illustrate how the website operates and what information it contains.

9. In PeopleConnect providing, and Mr. Osborn using, the login credentials, Mr. Osborn is not binding himself or any of his current or future clients to the Classmates.com Terms of Service or to arbitration with PeopleConnect.

10. PeopleConnect's supplying the credentials to Mr. Osborn as required by the Court's July 17, 2023 Order and his subsequent use of those credentials on Classmates.com pursuant to this Order shall in no way prejudice or otherwise impact PeopleConnect's arguments in this or any other proceeding that Mr. Osborn bound himself and/or his current or future clients to PeopleConnect's Terms of Service, including the requirement to arbitrate all disputes, based on any activities he has taken on Classmates.com that are not specifically permitted by this Stipulation and Order. PeopleConnect agrees that Mr. Osborn's use of Classmates.com, pursuant to this Stipulation and Order, does not bind him to any of PeopleConnect's Terms and Conditions, including but not limited to any agreement to arbitrate claims.

**IT IS SO ORDERED.**

DATED: _____    _____
                                   HON. EDWARD M. CHEN
                                   U.S. DISTRICT COURT JUDGE