UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA NOLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>PEOPLECONNECT, INC.,<br><br>        Defendant. | Case No. 20-cv-09203-EMC<br><br>**ORDER RE STATUS REPORT**<br><br>Docket No. 281 |

    The Court has reviewed the parties' status report at Docket No. 281. They have addressed all issues. The Court accepts the parties' position that attaching the opt-out form to the long-form notice would not be of much value given that the long-form notice is not being sent directly to class members.

    The Court orders the parties to proceed with notice to the class. Within two weeks after the opt-out deadline, the class administrator shall file a declaration addressing notice, success rate of notice, number of opt-outs, and so forth.

**IT IS SO ORDERED**.

Dated: May 29, 2024

_____
EDWARD M. CHEN
United States District Judge